# EXHIBIT B







**nosrak** The Shady Dell

Liked by **wanderlust_jess** and **345 others**

**nosrak** everything you can't control 🌵⚡

Now offering FREE shipping on all orders

View all 5 comments

**loubelle04** @willowlaneboutique check this

**jazlynnicolette** Love this 😍



