AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-1437-LTB-NRN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kasey David King Agent: Nosrak LLC**
was received by me on *(date)* **5/21/19**.

☑ I personally served the summons on the individual at *(place)* **1614 Foxbrook Way Fort Collins, Co 80526** on *(date)* **5/21/19** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* **N/A**, **NA**, a person of suitable age and discretion who resides there, on *(date)* **NA**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **NA**, who is designated by law to accept service of process on behalf of *(name of organization)* **NA** **NA** on *(date)* **NA** ; or

☐ I returned the summons unexecuted because **NA** ; or

☐ Other *(specify)*:

My fees are $ **NA** for travel and $ **NA** for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **5/22/19**

Server's signature

**Jimmy B Hornsby**
Printed name and title

STATE OF **Colorado**
COUNTY OF **Larimer**

The foregoing instrument was acknowledged before me this **22nd** day of **May**, 20**19**, by **Jimmy Hornsby**

Notary Public's Signature — Notary Name **Angelica Margarita Hernandez-Cid**
My Commission Expires **December 29, 2021**

**1801 Westview Ave Fort Collins CO, 80521**
Server's address

Additional information regarding attempted service, etc:

ANGELICA MARGARITA HERNANDEZ-CID
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174052783
MY COMMISSION EXPIRES DEC. 29, 2021