UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

LANDON MONDRAGON,

                      Plaintiff,           Docket No. 1:19-cv-1437-LTB

    - against -

NOSTRAK LLC

                    Defendant.

## MOTION FOR CONTINUANCE

Plaintiff in the above styled action is requesting that the initial conference scheduled for August 13, 2019 be adjourned as Defendant has not appeared or answered the complaint and Defendant is currently in default. Plaintiff will filed for default judgment within the next 30 days.

Date:

August 8, 2019                      /s/Richard Liebowitz
                                          Richard Liebowitz, Esq.

                                          *Counsel for Plaintiff Landon Mondragon*