IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSTRAK LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Plaintiff's Motion for Continuance (Dkt. #11) is GRANTED finding good cause shown. The Scheduling Conference set for August 13, 2019 at 9:30 a.m. is VACATED. On or before September 9, 2019, Plaintiff shall either move for default judgment or file a status report with the Court.

Date: August 8, 2019