UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

---

LANDON MONDRAGON,

                Plaintiff,

- against -

NOSTRAK LLC

                Defendant.

Docket No. 1:19-cv-1437-LTB

**MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

1. Plaintiff Landon Mondragon, via counsel, respectfully seeks leave of Court to file a first amended complaint for the purpose of adding a defendant to the action.

2. Federal Rule of Civil Procedure 15(a)(2) states that a court "should freely give leave [to amend a pleading] when justice so requires." *See F5 Capital v. Pappas*, 856 F.3d 61, 88-89 (2d Cir. 2017). The Rule's standard is a "permissive" one that embodies a "strong preference for resolving disputes on the merits." *Loreley Fin. (Jersey) No. 3 Ltd.* v. *Wells Fargo Sec., LLC*, 797 F.3d 160, 190 (2d Cir. 2015) (internal citations omitted).

3. In *Foman v. Davis,* 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962) the Supreme Court specified that leave to amend is generally granted in the absence of factors such as bad faith, undue delay, prejudice to the opposing party, or futility of amendment.

4. "The policy of allowing amendments to be made at any time during the litigation is sound." §1488 Amendments With Leave of Court—Timeliness of Motion to Amend, 6 Fed. Prac. & Proc. Civ. § 1488 (3d ed.).

5. Defendant has the burden to show that the proposed amendment would prejudice it. *Green v. Dist. Council 1707, Am. Fed'n of State, Cty., & Mun. Employees, AFLCIO*, No. 13 CIV. 8671 PAE, 2015 WL 4621107, at *1 (S.D.N.Y. Aug. 3, 2015) (collecting cases).

6. Here, Plaintiff seeks to amend the pleading to add individual Kasey King as a defendant. The existing defendant, Nostrak LLC filed dissolution paperwork months after this case was filed; but the entity remains an operating concern. Kasey King is the managing member of the LLC. Accordingly, there is just cause to add Mr. King as a defendant in this lawsuit.

7. Defendant cannot show prejudice or undue delay as discovery has not yet commenced. Nor can Defendant show futility.

8. A copy of the proposed Amended Complaint is attached hereto as <u>Exhibit A</u>.

    Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660

*Counsel for Plaintiff*