IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSTRAK LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. #16) is GRANTED finding good cause shown. The Clerk of Court is directed to file the proposed Amended Complaint (Dkt. #16-1) on the docket as the operative pleading in this case.

Date: September 20, 2019