# EXHIBIT B







nosrak
The Shady Dell



Liked by **wanderlust_jess** and **345 others**

**nosrak** everything you can't control
🌵 ⚡

Now offering FREE shipping on all orders

View all 5 comments

**loubelle04** @willowlaneboutique check this

**jazlynnicolette** Love this 😍



