Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

2019 OCT 17  AM 10: 46

for the

District of Colorado

Civil Division

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | | |
|---|---|---|
| Landon Mondragon | ) | Case No.   1:19-cv-1437 |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial:  *(check one)*  ☒ Yes   ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| Nosrak LLC (Nostrak LLC) ;Kasey King | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

**I.     The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kasey King; Nosrak LLC |
| Street Address | 1614 Foxbrook way |
| City and County | Fort Collins, Larimer County |
| State and Zip Code | Colorado 80526 |
| Telephone Number | 9704819944 |
| E-mail Address | stylekingsperformance@gmail.com |

**II.    The Answer and Defenses to the Complaint**

**A.    Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint.  Number the paragraphs.  The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc.  For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

**B.**     **Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1.     The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

2.     The court does not have personal jurisdiction over the defendant because *(briefly explain)*

Motion to Dismiss. Defendents are a sublicensee and therefor no Infringment has occurred.

3.     The venue where the court is located is improper for this case because *(briefly explain)*

Colorado is fine.

4.     The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

Nosrak LLC is not (Nostrak LLC). Adress listed was also incorrect.

5.     The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

denies

6.     The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

Motion to Dissmiss. Nosrak LLC, Defendants were provided the pictures under a sub-license from Jessica Nichole Moore. Jessica Nichole Moore is the person featured in all the photographs claimed to be copyrighted by Plaintiff. Jessica Nichole Moore also claims of owning and filing for the copyright of the images provided in Exhibit A and B (See Exhibit D pg2).Defendant gave use of the hats in exchange for representations by Jessica Nichole Moore that she would provide photos they would use. Jessica Nichole Moore had apparent authority to give permission to use the photos. She did in fact provide the photos with authorization (Exhibit D) to use knowing the defendant would rely and did in fact rely to what appears to be detriment. Jessica Nichole Moore still continues to use the photos (dated 10/15/19. "See exhibit G")

7.   Another party *(name)*   Karson Saveall, Jessica Nichole Moore   needs to be joined (added)

in the case.  The reason is *(briefly explain why joining another party is required)*

Karson Saveall is a founding partner in NOSRAK LLC and is included under the Articles of
buisness by NOSRAK LLC Filed in April of 2019- Dissolved May 2019.
Karson Saveall
1614 Foxbrook way
Fort Collins CO 80526
970-776-0967
Jessica Nichole Moore is the person responsible for providing Defendant( Nosrak llc) with all
the photographs provided in Exhibit A and B.
Jessica Nichole Moore
417-389-8826
1259 N Washington St
Denver CO
Email: moorejessica339@yahoo.com
Website: Jessicanicholemoore.com
Instagram: @wanderlust_jess

a.   If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of
adding the other party:

The other party is a citizen of the State of *(name)* _____ .

Or is a citizen of *(foreign nation)* _____ _____ .  The amount of

damages sought from this other party is *(specify the amount)* _____ .

b.   If the claim by this other party is based on an alleged violation of a federal
constitutional or statutory right, state the basis:

Copyright Violations: 17 U.S.C SS 105 , 501 and 504

## C.   Asserting Affirmative Defenses to the Claims for Relief

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for
one or more of the plaintiff's claims even if the basis for the claim is met.  Any affirmative defense or
avoidance must be identified in the answer.  Include any of the following that apply, as well as any
others that may apply.

The plaintiff's claim for *(specify the claim)*

DEFENDANT'S AFFIRMATIVE DEFENSES:

Unclean Hands; Fraud; Copyright misuse; Failure to state a claim on which relief can be granted; Groundless and frivolous action

1. Jan 2019 Nosrak LLC was contacted by Jessica Nichole Moore via Instagram. Moore wanted to take some of Nosrak's hats with her to Arizona for photographing and agreed to provide Nosrak LLC the pictures of our hats taken while she was in Arizona (Exhibit C).

2. Jan 16 th 2019. We agreed to let her take the hats in exchange for the pictures she would provide. (Exhibit C)

3. Jan 20 th - Jan 26 th 2019 Jessica Nichole Moore provided us with pictures (Exhibit A, B and E)from her trip to Arizona where she modeled Nosrak hats and gave us express permission to use them( See Exhibit A, B and E). Based on this, we began displaying the photos on our Instagram account.

4. Jan 31st – Feb 6th 2019 Havana Cuba – Nosrak LLC sponsored another photo shoot by Jessica Nichole Moore and became dissatisfied with her professionalism during the trip and shortly after when attempting to recover pictures from that trip.
Nosrak LLC then stopped any working or non-working relationship with Jessica Nichole Moore after attempting the failed photo shoot in Cuba.

5. Feb 17th Landon Mondragon communicated with Kasey King and at which time claimed that the pictures from Instagram post with Jessica Nichole Moore (Listed in Exhibit A and B) were his photos. Kasey King was in disbelief and told him that" I had no idea who he was and why should I believe him". He didn't care and made the statement that he was going to sue regardless.

6. Feb 18th Kasey King called Jessica Nichole Moore while she was in Europe on a vacation with her fiancé' in regards to the issue and she didn't answer the call. Instead she messaged Kasey King's Instagram account directly with her explanation (See Exhibit D). She again reassured that the pictures were in fact hers ("Moore") and we had authorization to use them on Nosrak Instagram.

7. April 19th 2019, we filed articles of organization with the State of Colorado to be able to participate in local hobby events and file our losses for the year.

8. May 21st 2019, NOSTRAK LLC was served with a civil action from Landon Mondragon.

9. May 21 st Jessica Nichole Moore is contacted via text sent by Kasey King. She again reassured him about the copyrights and made very negative statements about the plaintiff. She stated that her lawyer has advised her not to touch anything. (Exhibit F)

10. May 26th 2019, articles of Dissolution for Norak LLC were filed along with Nosrak's tax forms that were filed with a $0 return which was then sent in a response to Richard Liebowitz at Liebowitz Law Firm.

11. Sept 26th 2019 Kasey King was personally named in the Civil Suit with Landon Mondragon.

12. Sept 27th 2019 Discussions between Landon Mondragon and Kasey King Leads to Communication between attorney Richard Liebowitz and Kasey King. Liebowitz made an offer to stop the proceedings for $50,000. Kasey King offered $200 per work plus something for attorney fees simply to bring this matter to a conclusion. Liebowiz did not respond to Mr. King.

The actions of both Landon Mondragon and Jessica Nichole Moore have created a lack of clarity in the ownership of the photos provided in Exhibit A and B. The photos were immediately taken down by Nosrak LLC upon receiving notice. Mr. Mondragon's dispute is with Jessica Nichole Moore not Nosrak or any other group who was provided the same pictures from Jessica Nichole Moore. It was Jessica Nichole Moore's assurance of her of ownership of the Photographs (and the copyright in them) on which we relied in good faith (Exhibit D). Mondragon and Moore are both guilty of unclean hands, This whole thing appears to be some kind of a fraud. Both Mondragon and Moore are self-proclaimed professional photographers. As a result of their conduct, which appears to have been taken in concert; Defendants gave use of the hats in exchange for a promise by Jessica Nichole Moore to provide photos we would use. Jessica Nichole Moore had apparent authority to give permission to us to use the photos. She did in fact provide the photos with authorization (Exhibit D) to use them knowing we would rely and did in fact rely to what is now our detriment. Jessica Nichole Moore still continues to use the photos dated 10/15/19. (See exhibit G). Based on the facts in this case, the claims made by Plaintiff are both groundless and frivolous.

is barred by *(identify one or more of the following that apply)*:

1. Accord and satisfaction *(briefly explain)*

2. Arbitration and award *(briefly explain)*

3. Assumption of risk *(briefly explain)*

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*

5. Duress *(briefly explain)*

6. Estoppel *(briefly explain)*
   Beased on the Conduct of Landon Mopndragon and Jessica Nichole Moore in drawing in innocent people to there personal drama. they should be stopped from asserting copyright infringement.

7. Failure of consideration *(briefly explain)*
   Jessica Nichole Moore; not being named directly in this document is a failure of consideration to this situation's origin. Plaintiff is only looking to cause more finacial stress to anyone involved with Jessica Nichole Moore resulting in additional duress for the involved. This is a personal dispute between Jessica and Landon. We would have included him in any of our tags on pictures or credits on the photos. He only wants money and for anyone involved in buisness with Jessica Nichole Moore to pay for his disatisfaction with there relationship. We were a growing business trying to include everyone that was involved in any shoot with our hats. We were trying to grow our hat into something people looked forward to possesing and include anyone involved in any credit towards developing Nosrak.

8. Fraud *(briefly explain)*
   Nosrak LLC did not act fraudulantly in its use of these pictures. This is an internal dispute between Landon Mondragon and Jessica Nichole Moore; Nosrak LLC should not be placed in the middle of there personal disagreements. Evidence of the communications and release of images between Nosrak LLC( Kasey King/ Karson Saveall) with Jessica Nichole Moore attached in Exhibit C and D. If Jessica Nichole Moore representations are false either She or they committed fraud together.

9.      Illegality *(briefly explain)*


10.     Injury by fellow employee *(briefly explain)*


11.     Laches (Delay) *(briefly explain)*


12.     License *(briefly explain)*

Nosrak LLC was acting under an agreement(sub-license) from Jessica Nichole Moore for the use of the pictures in Exhibit A and B. The agreement Jessica and Landon broke happened after the distribution of photos (Exhibit a and B) from Jessica Moore.

13.     Payment *(briefly explain)*


14.     Release *(briefly explain)*

Release of the images(Exhibit A and B) were provided by Jessica Moore to NOSRAK LLC.


15.     Res judicata *(briefly explain)*


16.     Statute of frauds *(briefly explain)*


17.     Statute of limitations *(briefly explain)*


18.     Waiver *(briefly explain)*


19.     Other *(briefly explain)*

Motion to Dissmiss, NOSRAK LLC has closed its business due to Landon Mondragons actions.

**D.     Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought.  Do not make legal arguments.  State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct.  If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1.      The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

 Committed fraud upon NOSRAK LLC under the false allegations by plaintiff. Jessica Nichole Moore authorized use of the pictures (exhibit A and B)and with permission we displayed the images featuring Jessica Nichole Moore and our Nosrak Hats on the Instagram page Nosrak; we were then sued by an unknown party due to the actions of Landon Mondragon.

2.      The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

No additional claims against Kasey King, Karson Saveall, acting owners of  Nosrak LLC, ("Nostrak LLC")

3.      State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

a.      The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)*   NOSRAK LLC, Kasey King, Karson Saveall   alleges that the following injury or damages resulted *(specify)*:

the damages to our business resulte in the closure of NOSRAK Hats, Nosrak has Lost $30,000 and all of our momentum within the fashion industry. We ask the court to dissmiss this case as it has a lack of ligitamacy and award Nosrak LLC relief from both Landon Mondragon and Jessica Nichole Moore.

b.      The defendant seeks the following damages or other relief *(specify)*:

$30,000 USD and the Dissmissal of the Case against Defendants (Nosrak LLC/Kasey King).

## III.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            10/14/2019

Signature of Defendant

Printed Name of Defendant      Kasey King, Nosrak LLC

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Defendants (Nosrak LLC, Kasey King) hereby answer the Complaint by Landon Mondragon ("Plaintiff")**

## The answer and defenses to the complaint

### Nature of Action

1. This is an action for copyright infringement under section 501 of the copyright act. This action arises out of Defendants' Unauthorized reproduction and public display of copyrighted photographs of models, owned and registered by Mondragon, a professional photographer. Accordingly, Mondragon Seek Monetary relief under the Copyright Act of the United States, As amended, 17 U.S.C. et seq.
   **Answer:**
   **Deny: Defendants were not unauthorized in displaying the photographs; Deny: Defendants lacks sufficient knowledge regarding to ownership of the copyright in the Photographs and whether Mondragon is a professional photographer. Defendant Admits the remainder.**

2. This claim arises under the copyright Act, 17 U.S.C. 101 et seq., and this court has subject matter Jurisdiction over this action pursuant to 28 U.S.C. 1331 and 1338(a).
   **Answer: Admit**
3. Upon information and belief, this court has personal jurisdiction over defendants because defendants reside and/or transact business in Colorado.
   **Answer: Admit**
4. Venue is proper in this District pursuant to 28 U.S.C § 1391(b).
   **Answer: Admit**

### Parties

Mondragon is a professional photographer having a usual place of business at 1113 W Culver Street, Phoenix, Arizona 85007

**Answer:**
**Deny defendant lacks sufficient information to admit or deny and therefor denies.**

6. Upon information and belief, Nosrak is domestic limited liability company duly organized and
existing under the laws of the State of Colorado with a place of business at 1614 Foxbrook Way, Fort Collins, Colorado 80526. Upon information and belief, Nosrak is registered with the Colorado Department of Corporations to do business in Colorado. At all times material hereto, Nosrak has operated its Instagram page at URL: www.Instagram.com/Nosrak (the "Website").

**Answer:**
**Deny; Colorado does not have a Department of Corporations; Deny: at all times material hereto is undefined and therefor defendant denies this statement.**

7. Upon information and belief, King is an individual and the managing member of Nostrak (Nosrak LLC)or otherwise supervises and controls the activities of Nostrak (Nosrak LLC)

**Answer:**
**Deny: King is not the managing member of Nosrak and does not himself supervise or control the activities of Nosrak.**

## STATEMENT OF FACTS
**a) Background and Plaintiff's Ownership of the Photographs**

8. Mondragon photographed models (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A and B of attached.

   *Answer:*
   *Deny* **Defendant lacks sufficient information to admit or deny and therefor denies.**

9. Mondragon is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

   *Answer:*
   *Deny Defendants lack sufficient information regarding authorship of the Photographs and therefore deny this statement. To the contrary, Jessica Nichole Moore claims copyright of Exhibits a and b (see Exhibit D pg2)*

10. The Photographs were registered with the United States Copyright Office and were given Copyright Registration Number V A 2-149-814.

    **Answer:**
    **Deny: Defendants are unable to view the photos registered on USCRO website and Plaintiff has not provided evidence of the deposit material associated with the Registration he recites; Defendants therefor deny this statement**

### Defendant's Infringing Activities

11. Nosrak ran the Photographs on the Website to promote their brand. See: http://www.instagram.com/nosrak/?hl=en. Screenshots of the Photographs on the Website are attached hereto as Exhibit B.

    *Answer:*
    *Admit Defendants were given the photographs and authorized to use them by Jessica Nichole Moore between the months of January and April 2019 (see Exhibit C,D,F). The model appearing in the photographs is Jessica Nichole Moore modeling Defendants Nosrak brand hats*

12. Defendants did not license the Photographs from Plaintiff for its Website, nor did Nosrak have Plaintiff's permission or consent to publish the Photographs on its Website.

    *Answer:*
    *Admit to the extent Defendants did not receive their license from Plaintiff. Based on this Complaint, Defendant does not know who the author or copyright holder in the Photographs is. If it is Mr. Mondragon, it appears that Ms. Moore has a license to them (as she is using them herself) who provided Defendants with a sublicense for use of them in accordance with the agreement Defendants had with her in allowing her to take the hats to Arizona where she would take pictures of them being modeled in Arizona settings and copies of the pictures would be provided to Defendants to use in our business. Ms. Moore claims to be a professional photographer.*

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT**
**(17 U.S.C. §§ 106,501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.
   **Answer:**
   **Defendant incorporates by reference each of its prior responses to Paragraphs 1-12.**

14. Defendants infringed Plaintiff's copyright in Photographs by reproducing and publicly displaying the Photographs on the Website. Defendants are not, and have never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photographs.

   **Answer:**
   *Deny: if Mondragon owns the copyright in the Photographs, then Jessica Nichole Moore appears to have a license to them and granted a sub-license to Defendants. Defendants were therefore authorized in their use. (see Answer to 12 above as well).*

15. The acts of Defendants complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C §§ 106 and 501.

   **Answer:**
   **Deny: Defendants lack sufficient information regarding of Plaintiff's claimed rights.**

16. Upon information and belief, the foregoing acts of infringement by Defendants have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

   **Answer: Answer:**
   **Deny: Nosrak LLC maintains their innocence despite whatever dispute is going on between Jessica Nichole Moore and Landon Mondragon as to who the owns the copyright in the photos in Exhibit A and B. Nosrak hats has closed its doors due to this ongoing dispute between Landon Mondragon and *Jessica Nichole Moore.***

17. As a direct and proximate cause of the infringement by the Defendants of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendants' profits pursuant to 17 U.S.C. § 504(b) for the infringement.

   **Answer:**
   **Deny: Nosrak LLC has obtained no profits from any sales and was given and made use of the Photographs with authorization from Jessica Nichole Moore. Defendants deny that they have infringed any right Plaintiff may have.**

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendants' willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

   **Answer:**
   **Deny: Defendants were authorized to use the photos and if found not to have such authorization Defendant an innocent infringer for which damages of $200 per work is provided by the statute.**

**DEFENDANT'S AFFIRMATIVE DEFENSES:**

Unclean Hands; Fraud; Copyright misuse; Failure to state a claim on which relief can be granted; Groundless and frivolous action

1. Jan 2019 Nosrak LLC was contacted by Jessica Nichole Moore via Instagram. Moore wanted to take some of Nosrak's hats with her to Arizona for photographing and agreed to provide Nosrak LLC the pictures of our hats taken while she was in Arizona (Exhibit C).

2. Jan 16 th 2019. We agreed to let her take the hats in exchange for the pictures she would provide. (Exhibit C)

3. Jan 20 th - Jan 26 th 2019 Jessica Nichole Moore provided us with pictures (Exhibit A, B and E)from her trip to Arizona where she modeled Nosrak hats and gave us express permission to use them( See Exhibit A, B and E). Based on this, we began displaying the photos on our Instagram account.

4. Jan 31st – Feb 6th 2019 Havana Cuba – Nosrak LLC sponsored another photo shoot by Jessica Nichole Moore and became dissatisfied with her professionalism during the trip and shortly after when attempting to recover pictures from that trip.
Nosrak LLC then stopped any working or non-working relationship with Jessica Nichole Moore after attempting the failed photo shoot in Cuba.

5. Feb 17th Landon Mondragon communicated with Kasey King and at which time claimed that the pictures from Instagram post with Jessica Nichole Moore (Listed in Exhibit A and B) were his photos. Kasey King was in disbelief and told him that" I had no idea who he was and why should I believe him". He didn't care and made the statement that he was going to sue regardless.

6. Feb 18th Kasey King called Jessica Nichole Moore while she was in Europe on a vacation with her fiance' in regards to the issue and she didn't answer the call. Instead she messaged Kasey King's Instagram account directly with her explanation (See Exhibit D). She again reassured that the pictures were in fact hers ("Moore") and we had authorization to use them on the Nosrak Instagram.

7. April 19th 2019, we filed articles of organization with the State of Colorado to be able to participate in local hobby events and file our losses for the year.

8. May 21st 2019, NOSTRAK LLC was served with a civil action from Landon Mondragon.

9. May 21 st Jessica Nichole Moore is contacted via text sent by Kasey King. She again reassured him about the copyrights and made very negative statements about the plaintiff. She stated that her lawyer has advised her not to touch anything. (Exhibit F)

10. May 26th 2019, articles of Dissolution for Norak LLC were filed along with Nosrak's tax forms that were filed with a $0 return which was then sent in a response to Richard Liebowitz at Liebowitz Law Firm.

11. Sept 26th 2019 Kasey King was personally named in the Civil Suit with Landon Mondragon.

12. Sept 27th 2019 Discussions between Landon Mondragon and Kasey King Leads to Communication between attorney Richard Liebowitz and Kasey King. Liebowitz made an offer to stop the proceedings for $50,000. Kasey King offered $200 per work plus something for attorney fees simply to bring this matter to a conclusion. Liebowiz did not respond to Mr. King.

The actions of both Landon Mondragon and Jessica Nichole Moore have created a lack of clarity in the ownership of the photos provided in Exhibit A and B. The photos were immediately taken down by Nosrak LLC upon receiving notice. Mr. Mondragon's dispute is with Jessica Nichole Moore not Nosrak or any other group who was provided the same pictures from Jessica Nichole Moore. It was Jessica Nichole Moore's assurance of her ownership of the Photographs (and the copyright in them) on which we relied in good faith (Exhibit D). Mondragon and Moore are both guilty of unclean hands, This whole thing appears to be some kind of a fraud. Both Mondragon and Moore are self-proclaimed professional photographers. As a result of their conduct, which appears to have been taken in concert; Defendants gave use of the hats in

exchange for a promise by Jessica Nichole Moore to provide photos we would use. Jessica Nichole Moore had apparent authority to give permission to us to use the photos. She did in fact provide the photos with authorization (Exhibit D) to use them knowing we would rely and did in fact rely to what is now our detriment. Jessica Nichole Moore still continues to use the photos dated 10/15/19. (See exhibit G). Based on the facts in this case, the claims made by Plaintiff are both groundless and frivolous.


### Counter Claim

1. *Fraud conspiracy to commit fraud on the part of Plaintiff and Jessica Moore (see above facts);*
2. *Harassment and copyright misuse by Plaintiff for purposes of extorting money (see above facts).*

### Prayer for relief

1. Dismissal of this action with prejudice.
2. An award to defendants' of costs, expenses and attorney fees incurred due to this frivolous and groundless case
3. An award to Defendants of damages in the amount of $30,000 due to harm to the business.


1. That defendants, Jointly and severally, be adjudged to have infringed upon Plaintiff's Copyrights in the photographs in Violation of 17 U.S.C subsection 106 and 501;

   *Deny assuming plaintiff has any rights. Defendants should be deemed a sub-licensee of the copyrights in the photos. Defendants request that this action be dismissed with prejudice.*

2. That Plaintiff be awarded either: a) Plaintiffs actual Damages and defendants, Profits, gains or advantages of any kind attributable to defendants infringement of plaintiffs photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. Subsection 504;
   **Denies, Defendants are sub-licensing and thus no infringement and thus no damages owing.**

3. That all defendants be required to account for all profits, Income, Receipts, or other benefits derived by defendants as a result of its unlawful conduct;
4. **Denies, Defendants are sub-licensing and thus no infringement and thus no damages owing.**

5. The Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C Subsection 505;
   **Denies, Defendants are sub-licensing and thus no infringement and thus no costs or fees owing.**

6. That plaintiff be awarded pre-judgement interest; and
   **Denies, Defendants are sub-licensing and thus no infringement and thus no damages owing.**

7. Such other and further relief as the court may deem just and proper.
   **Denies**

## **Motion to Dismiss**

***Based on all the foregoing pleadings of the parties and evidence provided, Defendants request that this action be dismissed for failure to state a claim upon which relief can be granted.***

Dated: Fort Collins CO

October14, 2019

Kasey King

1614 Foxbrook way

Fort Collins Co 80526

Tel: 970-481-9944

stylekingsperformance@gmail.com

# EXHIBIT A













# EXHIBIT B

image2.png

AT&T 📶  9:54 PM  🧭 100% 🔋

‹   **Photo**   ↺

nosrak                              ...







image3.png

## Photo



**nosrak**
The Shady Dell

···



♡♡ Liked by **wanderlust_jess** and **345 others**

**nosrak** everything you can't control

Now offering FREE shipping on all orders

**oubelle04** @willowlaneboutique check this

**jazlynnicolette** Love this

    

image5.png





Liked by **_anh_phan** and **107 others**

**osrak** let's wander where the wifi is weak







# Exhibit C

8:25





**Karson ›**

iMessage
Wed, Jan 16, 8:37 AM



Hey babe! So I'm heading to az this weekend and gonna be taking a bunch of photos! Do y'all have any hats you want photos of in the desert??

I can come to foco to pick them up too! It's no big deal 🤍

Let me see what I've got at the house but I have some you can take for sure. I'll send over some pics

Are there any that you would like to take?

Thanks for asking! That would be great

What part of Arizona ?

I'll take whatever y'all want photographed! I'm flying into Phoenix then driving down to

   iMessage  

      



<  **wanderlust_jess**         

 Ohhh so fun 🖤 🖤 🖤

January 20, 7:50 PM

You mentioned wanderlust_jess in your story



Only you can
see this



You mentioned wanderlust_jess in your story



Only you can
see this



Mentioned you in their story

 Mentioned you in their story

 Message...          

.ıll Verizon 🛜   8:55 AM   @ 91% 🔋

 **wanderlust_jess**   



Mentioned you in their story

 Mentioned you in their story

You reacted to their story: 👏🏻

January 21, 7:34 PM

You mentioned wanderlust_jess in your story



↻

Only you can
see this

January 21, 9:45 PM

 Mentioned you in their story

You mentioned wanderlust_jess in your story

January 26, 1:00 PM

 Message...      🎤  🖼️  🙂

 **wanderlust_jess**  

January 26, 1:00 PM

Post Unavailable
This post is unavailable because it was deleted.

**Is this from that boutique too?**

**Just the jeans!**

 **It's okay though**

January 29, 4:37 PM

Post Unavailable
This post is unavailable because it was deleted.

**Ohhh hello**

 **Yesssss**

February 05, 4:35 PM

 Message...     

# Exhibit D



12:37 · · · 62%

**wanderlust_jess**

Hey kasey! I don't have your number so I'm just messaging you on here. So  sorry about all the bullshit. He's literally only doing this shit because he hates me and is trying to ruin our business relationship because he knows I'm out of the country and can't do shit. I'm sure you know but he's the biggest asshole. Hints why he lost his show 😊 I'll have WiFi at our new Airbnb and I'll be able to call you tomorrow to discuss this further! But for now this is what my lawyer has said he's going to handle everything. One cut off all contact with him. There is no reason you should talk on the phone to him. Only email. Block him on everything else. Email is the best form of communication because it can be tracked. Second this is a issue between me and him. As I'm the photographer and he has nothing to do with this situation besides just trying to fuck everything up for me. So I know he's trying to come after you, but I have him for a bunch of stuff like slander, harassment, sexual assault

And a bunch of other things so not



12:37  62%

←  **wanderlust_jess**

me. So I know he's trying to come after you, but I have him for a bunch of stuff like slander, harassment, sexual assault

And a bunch of other things so not to worry this will be over in a few days as soon as my lawyer gets back to me

As far as the photos go. THEY ARE MY PHOTOS. USE THE FUCK OUT OF THEM!

I have the copyright. I'll send that over as soon as I get to Lisbon as well as a agreement and copyright for you to legally use the photos.

So again! Sorry about the added stress! You know I would never ever do that to y'all intentionally. Also have only had one person try to do this to me before and I won. So NOTHING to worry about seriously. I got your back. Again they are my photos. No matter what he says. Encrypted in each photo I take it has my name attached. So alll of the meta data in each photo its says jessica moore photographer 😅 so even if he says he has the photos... because during his mentor



  

12:37

**wanderlust_jess**

has my name attached. So alll of the meta data in each photo its says jessica moore photographer  so even if he says he has the photos... because during his mentor I let him download a few photos for editing purposes... but he shot it on my Fucking camera... he has no prove what so ever. That's what I was trying to tell Karson. He's just trying to start shit because I have him blocked on everything and he wants me to talk to him. Little does me know... I'm way crazier than him and I'll Fucking ruin him. My dad is already paying for the lawyer.

Once he hears it's a sexual assault case and I'm not the only one who will come forward. Everything will drop immediately!

So end of rant! Send me everything he's sent you to my email Moorejessica339@yahoo.com

Hope you guys have the best day! Sorry for the bullshit! Talk to you tomorrow 

# Exhibit E





















# Exhibit F



**Jessica Moore**
(417) 389 8826

Hey so I've been advised to not touch the photos at all. Once you guys lawyer up. They will have me come in and they will have to do a legal search of my camera and computer! If I get you evidence now they could come back with a counter claim that says I tampered with evidence. Which could cost you the case.. so I don't want to do that at all. But that's just what a my dads lawyer said, so just wanna make sure we do this right!! Cuz I'm ready to Fucking finish him.

 But we I'll see what this other lawyer says

 I have no idea. I haven't heard anything back yet.



For sure dude. I mean I never in a Fucking million years excepted this. I'm sorry that we ₁ ₑ to deal with it now. Yah know. ₁ s literally all it was. It was all fun. There were no

      

 



8:20

  Jessica Moore
(417) 389 8826



letting a friend barrow some hats for a few great pictures of my good looking friends. And now it's turned into a nightmare for us all.

For sure dude. I mean I never in a Fucking million years excepted this. I'm sorry that we have to deal with it now. Yah know. That's literally all it was. It was all fun. There were no contracts. No one was paid. You took them down. I have the copyright. It'll be be handled.

I just don't know what his fucking deal is. But it will all work out. This has me so damn pissed and disappointed. It just sucks. But you'll come out on top. I promise




We didn't want you to get us any files or anything. We just wanted you to gather the proof necessary to exonerate all of us of any wrong doing. This situation is scary

For sure. But if I open the file right now. It will show it in my computer.. so I don't want them to think I tampered with evidence.




I only created the LLC in April. So he waited until I did then created his

       

   



**Jessica Moore**
(417) 389-8826

you to gather the proof necessary to exonerate all of us of any wrong doing. This situation is scary

For sure. But if I open the file right now. It will show it in my computer.. so I don't want them to think I tampered with evidence.

I only created the LLC in April. So he waited until I did then created his case

I understand what your saying

DAY 22 AT 11:31 AM

Jessica, sorry for all this stuff, you are the person who sent us the photographs that were posted to our Instagram and web site. You are going to need a lawyer on this one also since you have the major role in how and when the pictures came to be, and came to be in our possession and under that reasoning that we posted then to our site. I have not heard back from the legal office as to what they think about the case yet but I would anticipate you playing a major role in the proceedings. We are not upset, we just need to make sure you are fully aware of everything

8:52



**Jessica Moore**
(417) 389-8826

Jessica, sorry for all this stuff, you are the person who sent us the photographs that were posted to our Instagram and web site. You are going to need a lawyer on this one also since you have the major role in how and when the pictures came to be, and came to be in our possession and under that reasoning that we posted then to our site. I have not heard back from the legal office as to what they think about the case yet but I would anticipate you playing a major role in the proceedings. We are not upset, we just need to make sure you are fully aware of everything happening with the situation at hand. This sucks for all of us. Hes running full speed ahead so it's going to be an interesting process in court.



Hi jessica. Could you please call me. The case with landon mondragon has not gone away. We need to discuss our options of working together to fight him on the law suit.

# EXHIBIT G



JS 44 (Rev. 6/17)   District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff    Maricopa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Larimer
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* Richard Liebowitz, liebowitz Law Firm, PLLC,11 Sunrise plaza, Suite 305, Valley Stream, New York 11580 tele:516-233-1660

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
    Plaintiff

☐ 2  U.S. Government
    Defendant

' 3  Federal Question
    X *(U.S. Government Not a Party)*

' 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ' 1 | X' 1 | Incorporated *or* Principal Place of Business In This State | ' 4 | 'x 4 |
| Citizen of Another State | X' 2 | ' 2 | Incorporated *and* Principal Place of Business In Another State | 'x 5 | ' 5 |
| Citizen or Subject of a Foreign Country | ' 3 | ' 3 | Foreign Nation | ' 6 | ' 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ' 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | **X**  820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ' 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ' 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ' 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

X 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:   17 USC 101

Brief description of cause:   Copyright Infringement   AP Docket

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   X' Yes   'No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE                                           DOCKET NUMBER

DATE
10/15/2019

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.