UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

---

LANDON MONDRAGON,

                Plaintiff,

   - against -

NOSTRAK LLC

                Defendant.

Docket No. 1:19-cv-1437

JURY TRIAL DEMANDED

## ANSWER TO COUNTERCLAIM

Plaintiff Landon Mondragon ("Mondragon" or "Plaintiff") by and through his undersigned counsel, as and for his Answer to the Counterclaim asserted by Defendant Nostrak LLC ("Nostrak" or "Defendant") hereby alleges as follows:

### ALLEGED FACTS

### (Under Defendant's Affirmative Defenses Section)

1. Denied, except admits that Norsak communicated with Moore via Instagram.

2. Denied.

3. Denied, except admits that Norsak displayed the photographs on its Instagram account.

4. Denied.

5. Plaintiff lacks knowledge, information or belief to respond and therefore denied.

6. Denied.

7. Plaintiff lacks knowledge, information or belief to respond and therefore denied.

8. Admit.

9. Plaintiff lacks knowledge, information or belief to respond and therefore denied.

10. Plaintiff lacks knowledge, information or belief to respond and therefore denied.

11. Admit.

12. Denied and avers that this allegation violates FRE 408.

## COUNTERCLAIM

1. Plaintiff denies counterclaim # 1 for "Fraud conspiracy to commit fraud on the part of Plaintiff and Jessica Moore.

2. Plaintiff denies counterclaim # 2 for "Harassment and copyright misuse"

## PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to any relief by virtue of its counterclaims

## AFFIRMATIVE DEFENSES

1. Failure to state claim
2. Failure to plead fraud with particularity
3. Waiver
4. Estoppel
5. Unclean Hands

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
      October 31, 2019

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/Richard Liebowitz
                                             Richard P. Liebowitz
                                    11 Sunrise Plaza, Suite 305
                                    Valley Stream, NY 11580
                                    Tel: (516) 233-1660
                                    RL@LiebowitzLawFirm.com

                                    *Attorneys for Plaintiff Landon Mondragon*