IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSTRAK LLC and
KASEY KING

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     This case is before the Court on Defendant Kasey King's "Motion in a Civil Action" (Dkt. #26). It is hereby ORDERED that a Motion Hearing is set on February 6, 2020 at 10:30 a.m. Mountain Time in Courtroom C-203 of the Byron G. Rogers U.S. Courthouse, located at 1929 Stout Street, Denver, Colorado 80294. Plaintiff's counsel may participate by telephone by calling Chambers (303-335-2403) at the scheduled time.

Date: December 11, 2019