IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 19-cv-01437-CMA-NRN      Date:  February 6, 2020
Courtroom Deputy: Stacy Libid                      FTR:   Courtroom C203

_Parties:_                                                         _Counsel:_

  LANDON MONDRAGON,                             Richard Liebowitz, by phone

     Plaintiff,

  v.

  NOSTRAK LLC and                                   Karson Saveall, pro se
  KASEY KING,                                           Kasey King, pro se

     Defendants.

---

### COURTROOM MINUTES

---

### STATUS CONFERENCE

**10:45 a.m.    Court in session.**

Court calls case. Appearance of Plaintiff's counsel and Pro se Defendants.

This matter is before the Court regarding Defendant's Motion to Dismiss [Docket No. 26].

Argument by Plaintiff's counsel and Pro se Defendants.

For the reasons set forth on the record, it is

**ORDERED:**  Defendant's Motion to Dismiss [Docket No. 26] is **DENIED.** The Court will
issue a recommendation.

**ORDERED:**  Plaintiff's oral motion for fees is **DENIED**.

**11:16 a.m. through 11:54 a.m.**    The Court seals its record to discuss settlement.

**ORDERED:**   A **Telephonic Scheduling Conference** is set for **February 26, 2020 at 2:00 p.m.** (Mountain Time) before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. Plaintiff shall electronically file their proposed Scheduling Order through CM/ECF with the input of the Defendant, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference. Parties are permitted to appear by phone by calling the Court at (303) 335-2403 at the scheduled time.

**12:06 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   01:21

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.