IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

    Plaintiff,

v.

NOSTRAK LLC, and
KASEY KING,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

    This matter is before the Court on the February 7, 2020 Recommendation by United States Magistrate Judge N. Reid Neureiter, wherein he recommends that this Court deny Defendant Kasey King's Motion to Dismiss (Doc. # 26). (Doc. # 30.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 30 at 8–9.) Despite this advisement, neither party filed an objection to the Recommendation.

    "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the

district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing the Recommendation of Magistrate Judge Neureiter, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Additionally, the Court acknowledges that Magistrate Judge Neureiter advised that he "would consider recommending the appointment of pro bono counsel to represent Defendants if they were to file a motion seeking such an appointment." (Doc. # 30 at 8.) For the reasons articulated by the Magistrate Judge (*id.*), the Court agrees that the appointment of pro bono counsel is merited. As such, this Court will *sua sponte* ORDER the appointment of pro bono counsel on behalf of Defendants Kasey King and Nosrak, LLC.[1]

Accordingly, the Court ORDERS that the Recommendation of United States Magistrate Judge N. Reid Neureiter (Doc. # 30) is AFFIRMED and ADOPTED as an Order of this Court. It is

---

[1] The Court notes that Magistrate Judge Neureiter discovered that Defendant King formed "Nosrak, LLC," not "Nostrak, LLC." (Doc. # 30 at 2 n.1.) Thus, the Court respectfully DIRECTS the Clerk of the Court to amend the party name to reflect the correct spelling of Nosrak, LLC.

2

FURTHER ORDERED that Defendant Kasey King's Motion to Dismiss (Doc. # 26) is DENIED. It is

FURTHER ORDERED that the Clerk of the Court is respectfully DIRECTED to amend Defendant Nostrak, LLC's name from "Nostrak" to "Nosrak." It is

FURTHER ORDERED that, pursuant to D.C.COLO.LAttyR 15 of the Local Rules of Practice for the United States District Court for the District of Colorado, *pro se* Defendant Kasey King and Defendant Nosrak, LLC, which is a dissolved entity that cannot proceed *pro se*, merit appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the factors and consideration of D.C.COLO.LAttyR 15 have been met and that there should be preference for counsel with experience in copyright infringement litigation. Accordingly, the Court *sua sponte* ORDERS that the Clerk of the Court shall select, notify, and appoint counsel to represent the unrepresented parties, Defendants Kasey King and Nosrak, LLC, in this civil matter. The unrepresented parties are advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Civil Pro Bono Panel program. The Court cautions that Defendants are responsible for all scheduled matters, including hearings, depositions, motions, and trial.

DATED: February 25, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge