IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01437-CMA-NRN | Date:  February 26, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| LANDON MONDRAGON, | Richard Liebowitz |
|     Plaintiff, | |
| v. | |
| NOSRAK LLC and KASEY KING, | Pro se |
|     Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**2:03 p.m.     Court in session.**

Court calls case. Appearances of counsel. Also present sitting at defense table Pro Bono Counsel Thomas Werge, to observe.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before **March 17, 2020**.

Joinder of Parties/Amendment to Pleadings: **April 10, 2020**

Discovery Cut-off: **August 28, 2020**

Dispositive Motions Deadline: **September 25, 2020**

Each side shall be limited to 3 depositions, excluding experts.

Depositions shall not exceed 7 hours for one deponent, exclusive of experts, all others limited to 4 hours, for each side, without prior agreement or absent leave of court.
Each side shall be limited to 20 interrogatories, 15 requests for production, and 15 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 40 days prior to the discovery cut-off.

Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **June 1, 2020**
Disclosure of Rebuttal Experts: **July 1, 2020**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

The parties shall submit a revised proposed Scheduling Order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov as stated on the record on or before **March 5, 2020.**

Pro Bono Counsel Thomas Werge shall file an Entry of Appearance on behalf of the Defendant or notify the Court that he will not take the case on or before **February 28, 2020.**

**<u>JOINT STATUS REPORT</u>** shall be filed no later than **June 4, 2020**, updating the Court on the status of discovery and if there is anything the parties need to address with the Court. If there are any outstanding issues, the Court may set a Status Conference.

A **Final Pretrial Conference** is set for **November 17, 2020 at 10:30 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

Immediately following the Final Pretrial Conference, counsel and *pro se* parties shall confer and one party shall request trial dates by emailing Judge Arguello's Chambers (Arguello_Chambers@cod.uscourts.gov), with a copy to opposing counsel. The email should include the relevant case number and the anticipated length of trial, as well as mutually acceptable proposed trial dates within three to four months of the Final Pretrial Conference. Failure to comply with this Practice Standard may result in the Court unilaterally setting the trial date.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery**

**hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**2:29 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:26

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.