5:08　　　　　　　　　　　　　　　LTE 86%

**jessicanicholemoore**
Jess

to fuck everything up for me. So I know he's trying to come after you, but I have him for a bunch of stuff like slander, harassment, sexual assault

And a bunch of other things so not to worry this will be over in a few days as soon as my lawyer gets back to me

As far as the photos go. THEY ARE MY PHOTOS. USE THE FUCK OUT OF THEM!

I have the copyright. I'll send that over as soon as I get to Lisbon as well as a agreement and copyright for you to legally use the photos.

So again! Sorry about the added stress! You know I would never ever do that to y'all intentionally. Also have only had one person try to do this to me before and I won. So NOTHING to worry about seriously. I got your back. Again they are my photos. No matter what he says. Encrypted in each photo I take it has my name attached. So alll of the meta data in each photo its says jessica moore photographer 😅 so even if he says he has the photos... because during his mentor I let him download a few photos for editing purposes... but he shot it on my Fucking camera... he has no prove what so ever. That's what I was trying to tell Karson. He's just trying to start shit because I have him blocked on everything and he wants me to talk to him. Little does me know... I'm way crazier than him and I'll Fucking ruin him

Message...　　   

EXHIBIT 1 TO THIRD PARTY COMPLAINT