UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LANDON MONDRAGON,<br><br>                             Plaintiff,<br><br>- against –<br><br>NOSRAK LLC AND KASEY KING<br><br><br>                            Defendant. | 1:19-cv-1437 (CMA-NRN)<br><br>**DECLARATION OF<br>RICHARD LIEBOWITZ** |

I, RICHARD LIEBOWITZ, hereby declare that the following statements are true and correct to the best of my personal knowledge.

1. I am lead counsel for Plaintiff Landon Mondragon in the above-referenced action. I am admitted to practice law in this District and in the State of New York.

2. I submit this declaration in opposition to Defendant Kasey King's motion to dismiss the amended complaint pursuant to Rule 12(b)(6).

3. Attached as <u>Exhibit A</u> is a true and correct copy of a screenshot from the official website of the Colorado Secretary of State, showing that Nosrak LLC was dissolved on May 24, 2019, just four days after the initial complaint was filed.

Dated: Valley Stream, NY
March 30, 2020

                                            by: **s/richardpliebowitz/**
                                            LIEBOWITZ LAW FIRM, PLLC

                                            11 Sunrise Plaza, Suite 305
                                            Valley Stream, NY 11580
                                            (516) 233-1660
                                            rl@liebowtizlawfirm.com

                                            *Counsel for Plaintiff Landon Mondragon*

1