# EXHIBIT A

3/30/2020     Colorado Secretary of State - Business Search Results




About Secretary Griswold  |  Español

**Business Home**
**Business Information**
**Business Search**

FAQs, Glossary and Information

# Business Search Results

Click on the ID Number to select your record.

**Found 3 matching record(s).  Viewing page 1 of 1.**

| # | ID Number | Document Number | Name | Event | Status | Form | Formation Date |
|---|---|---|---|---|---|---|---|
| 1 | 20191301242 | 20201235368 | NOSRAK LLC | Articles of Reinstatement | Good Standing | DLLC | 04/04/2019 |
| 2 | 20191301242 | 20191301242 | NOSRAK LLC | Articles of Organization | Name Changed | DLLC | 04/04/2019 |
| 3 | 20191301242 | 20191435783 | NOSRAK LLC, Dissolved May 24, 2019 | Articles of Dissolution | Name Changed | DLLC | 04/04/2019 |

[ Back ]

Terms & conditions | Browser compatibility