

# Colorado Secretary of State
## Jena Griswold

**For this Record...**
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name**: NOSRAK LLC
**ID number**: 20191301242

[Print-friendly version]

Found 3 matching record(s).  Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 1 | Articles of Organization | 04/04/2019 | 04/04/2019 | 04/04/2019 11:50 AM | 20191301242 | |
| 2 | Articles of Dissolution | 05/24/2019 | 05/24/2019 | 05/24/2019 12:01 PM | 20191435783 | |
| 3 | Articles of Reinstatement | 03/12/2020 | 03/12/2020 | 03/12/2020 01:26 PM | 20201235368 | |

[Return to Summary]

Terms & conditions | Browser compatibility