IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSTRAK LLC and
KASEY KING

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This case is before the Court on Defendants' Motion to Dismiss for Failure to Prosecute (Dkt. #42). On February 26, 2020, the Court ordered that initial disclosures be made on or before March 17, 2020, and that the parties submit a revised proposed Scheduling Order to the Court on or before March 5, 2020 (Dkt. #35). In their motion, Defendants assert that Plaintiff has failed to comply with either order. Accordingly, it is hereby **ORDERED** that, **on or before April 30, 2020**, Plaintiff shall (1) electronically serve his Rule 26 Initial Disclosures on Defendants, and (2) submit to the Court a proposed revised Scheduling Order. If Plaintiff wishes to otherwise respond to the subject motion, he shall do so on or before May 1, 2020. The Court will address Defendants' Motion to Dismiss for Failure to Prosecute (Dkt. #42) at the Telephonic Motion Hearing on Defendants' other pending motions (Dkt. ##36 & 3&), which is set for May 7, 2020 at 11:00 a.m.

Date: April 27, 2020