IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01437-CMA-NRN | Date:  May 7, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:   Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| LANDON MONDRAGON, | Richard Liebowitz |
| Plaintiff, | |
| v. | |
| NOSRAK LLC, and<br>KASEY KING, | Thomas Werge |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING/SHOW CAUSE HEARING**

**11:02 a.m.    Court in session.**

Court calls case. Appearances of counsel. Also present on behalf of the Defendant law clerk Travis Miller.

This matter is before the Court regarding:
- Motion to Dismiss Claim Against Defendant Kasey King Pursuant to Rule 12(b)(6) [Docket No. 36];
- Motion for Leave to Assert Claims Against Third Party Defendant Jessica Moore [Docket No. 37]; and
- Motion to Dismiss for Failure to Prosecute [Docket No. 42].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**  Motion to Dismiss Claim Against Defendant Kasey King Pursuant to Rule 12(b)(6) [Docket No. 36] is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**  Motion for Leave to Assert Claims Against Third Party Defendant Jessica Moore [Docket No. 37] is **GRANTED.** A Third-Party Complaint shall be filed no later than **May 14, 2020**.

The Court raises the Order to Show Cause [Docket No. 49] for discussion.

Attorney Richard Liebowitz questioned under oath.

**ORDERED:**  Motion to Dismiss for Failure to Prosecute [Docket No. 42] is **TAKEN UNDER ADVISEMENT**.  Court will consider imposing an alternative sanction but will not dismiss the case.

**11:51 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:49

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.