UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (Denver)

| | |
|---|---|
| LANDON MONDRAGON,<br>　　　　　　　　　　Plaintiff,<br><br>- against -<br><br>NOSRAK LLC, KASEY KING<br>　　　　　　　　　　Defendants. | Case No. 1:19-cv-001437 (CMA-NRN)<br><br>**OPPOSED MOTION BY PLAINTIFF FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** |

**PLEASE TAKE NOTICE** that, upon this Motion; the annexed declaration of Richard Liebowitz, dated May 22, 2020; and the pleadings and prior proceedings herein, Plaintiff Landon Mondragon ("Plaintiff") will move the Court, before the Honorable Judge Christine M. Arguello (U.S.D.J.), at the United States District Court, District of Colorado, 901 19th Street, Denver, CO 80294 at a time and date to be determined by the Court, for an Order granting Plaintiff's request for a two-week extension to file his well-founded objections to Magistrate Judge N. Reid Neureiter's Order, dated May 11, 2020 [Dkt. #51] under Rule 72(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 72(a)

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's counsel has conferred with Defendant's counsel who opposes the requested relief.

Dated: Valley Stream, New York
May 22, 2020

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LIEBOWITZ LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　　**By: /richardliebowitz/**
　　　　　　　　　　　　　　　　　　　　　　Richard Liebowitz
　　　　　　　　　　　　　　　　　　　　　　11 Sunrise Plaza, Suite 305

Valley Stream, New York 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorneys for Plaintiff*

**TO:**

Daniel J. Williams
Werge Law LLC
1627 North Vine Street
Suite 200
Denver, CO 80206
303-586-4900
Email: dan@werge.law


Thomas E.M. Werge
Werge Law LLC
1627 North Vine Street
Suite 200
Denver, CO 80206
303-586-4900
Email: tom@werge.law