UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (Denver)

| | |
|---|---|
| LANDON MONDRAGON,<br>                           Plaintiff,<br>- against -<br><br>NOSRAK LLC, KASEY KING<br>                           Defendants. | Case No. 1:19-cv-001437 (CMA-NRN)<br><br>**<u>DECLARATION OF<br>RICHARD LIEBOWITZ</u>** |

**RICHARD P. LIEBOWITZ**, under the penalty of perjury, declares:

1. I am an attorney with Liebowitz Law Firm, PLLC (the "Firm"), where I am the founder and managing attorney.

2. I am over the age of 18 years old, competent to testify and a member in good standing of the New York State Bar. I am admitted to practice before this Court and serve as lead counsel for plaintiff Landon Mondragon ("Plaintiff")

3. I submit this declaration in support of Plaintiff's opposed motion for a two-week extension to file his well-founded objections to Magistrate Judge N. Reid Neureiter's Order, dated May 11, 2020 [Dkt. #51] under Rule 72(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 72(a).

4. On May 21, 2020, I contacted defense counsel Thomas Werge to request a 14-day extension. On May 22, upon Mr. Werge's request, I explained that the extension was warranted because Plaintiff and myself are seeking outside counsel to represent myself, my law firm and Plaintiff to appeal the limited issue of Judge Nereiter's imposition of sanctions. Judge Nereiter's order not only concerns Plaintiff, but also impacts various other clients of my law firm who are not parties to this action. However, we need more time to secure outside counsel. If we do not

obtain outside counsel within the next 14 days, we intend on filing objections to Judge Nereiter's order on our own behalf.

5. Defendant opposes this motion but has not provided a justification for its opposition.

6. Accordingly, Plaintiff respectfully requests that the Court grant the present motion. A proposed order is attached for the Court's consideration.

Dated: Valley Stream, New York
Executed this 22d Day of May, 2020

*s/RichardLiebowitz/*
**RICHARD LIEBOWITZ**
