UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (Denver)

LANDON MONDRAGON,
       Plaintiff,

- against -

NOSRAK LLC, KASEY KING
       Defendants.

Case No. 1:19-cv-001437 (CMA-NRN)

**[PROPOSED] ORDER**

**WHEREAS,** this non-dispositive matter came before the Court on plaintiff Landon Mondragon ("Plaintiff")'s motion for a two-week extension to file his objections to Magistrate Judge N. Reid Neureiter's Order, dated May 11, 2020 [Dkt. #51] under Rule 72(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 72(a). The current deadline to file objections is May 26, 2020. Having considered the Plaintiff's motion and attorney declaration in support, as well as Defendant's grounds for opposing the motion,

**IT IS HEREBY ORDERED** that, for good cause shown, Plaintiff shall file his Rule 72(a) objections, if any, by no later than June 9, 2020.

Dated: _____     **SO ORDERED.**

                _____
                Christine M. Arguello (U.S.D.J.)