UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (Denver)

LANDON MONDRAGON,

                       Plaintiff,

    - against -

NOSRAK LLC, KASEY KING

                  Defendants.

Case No. 1:19-cv-001437 (CMA-NRN)

**OPPOSED MOTION BY
PLAINTIFF FOR STAY OF
MAGISTRATE JUDGE'S ORDER
RE: SANCTIONS**

      **PLEASE TAKE NOTICE** that, upon this Motion; the annexed declaration of Richard

Liebowitz, dated May 22, 2020; and the pleadings and prior proceedings herein, Plaintiff Landon

Mondragon ("Plaintiff") will move the Court, before the Honorable Magistrate Judge N. Reid

Neureiter (U.S.M.J.), at the United States District Court, District of Colorado, 901 19th Street,

Denver, CO 80294 at a time and date to be determined by the Court, for an order granting

Plaintiff's request for a stay of the Order, dated May 11, 2020 [Dkt. #51] (the "Sanctions Order")

until such time as the presiding United States District Judge has resolved Plaintiff's objections to

the Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 72(a);

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff's counsel has conferred with

Defendant's counsel who opposes the requested relief.

Dated: Valley Stream, New York
May 22, 2020

                            Respectfully submitted,

                            LIEBOWITZ LAW FIRM, PLLC
                            **By: /richardliebowitz/**
                            Richard Liebowitz
                            11 Sunrise Plaza, Suite 305

Valley Stream, New York 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion has been served on May 22, 2020 via CM/ECF on all counsel of record:

Daniel J. Williams
Werge Law LLC
1627 North Vine Street
Suite 200
Denver, CO 80206
303-586-4900
Email: dan@werge.law

Thomas E.M. Werge
Werge Law LLC
1627 North Vine Street
Suite 200
Denver, CO 80206
303-586-4900
Email: tom@werge.law

**By: /richardliebowitz/**
Richard Liebowitz