UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (Denver)

| | |
|---|---|
| LANDON MONDRAGON,<br>　　　　　　　　　Plaintiff,<br><br>- against -<br><br>NOSRAK LLC, KASEY KING<br>　　　　　　　　　Defendants. | Case No. 1:19-cv-001437 (CMA-NRN)<br><br>**<u>DECLARATION OF<br>RICHARD LIEBOWITZ</u>** |

**RICHARD P. LIEBOWITZ**, under the penalty of perjury, declares:

　　　1.　　I am an attorney with Liebowitz Law Firm, PLLC (the "Firm"), where I am the founder and managing attorney.

　　　2.　　I am over the age of 18 years old, competent to testify and a member in good standing of the New York State Bar. I am admitted to practice before this Court and serve as lead counsel for plaintiff Landon Mondragon ("Plaintiff")

　　　3.　　I submit this declaration in support of Plaintiff's opposed motion for a stay of Magistrate Judge N. Reid Neureiter's Order, dated May 11, 2020 [Dkt. #51] (the "Sanctions Order") until such time as the presiding United States District Judge has resolved Plaintiff's objections to the Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 72(a).

　　　4.　　The Sanctions Order provides that Plaintiff is to retain local counsel in this particular case on or before June 1, 2020 and that I am to file a copy of the Sanctions Order in other unrelated cases involving separate plaintiffs on or before May 26, 2020. [Dkt. #51, p. 31] Both Plaintiff and I intend to object to the Sanctions Order by filing objections with the presiding Article III judge. Today, Plaintiff and I filed a motion for a 14-day extension of time to file his

objections under Rule 72(a). The disposition of that motion remains pending. If the extension is not granted, then objections to the Sanctions Order will be timely filed on May 26, 2020.

5. On May 22, 2020, I contacted defense counsel Thomas Werge to request a stay of the Magistrate Judge's Order pending the resolution of Plaintiff's Rule 72(a) objections. Defendant opposes this motion but has not provided a justification for its opposition.

6. Accordingly, Plaintiff respectfully requests that the Court grant the present motion. A proposed order is attached for the Court's consideration.

Dated: Valley Stream, New York
Executed this 22d Day of May, 2020

*s/RichardLiebowitz/*
**RICHARD LIEBOWITZ**