UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (Denver)

LANDON MONDRAGON,

                         Plaintiff,

      - against -

NOSRAK LLC, KASEY KING

                     Defendants.

Case No. 1:19-cv-001437 (CMA-NRN)

## [PROPOSED] ORDER

**WHEREAS,** this non-dispositive matter came before the Court on plaintiff Landon

Mondragon ("Plaintiff")'s motion for a stay of the Order, dated May 11, 2020 [Dkt. #51] (the

"Sanctions Order") concerning sanctions imposed upon Plaintiff and his counsel until such time

as the presiding United States District Judge has resolved Plaintiff's objections to the Sanctions

Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 72(a).

       Having considered the Plaintiff's motion and attorney declaration in support, as well as

Defendant's grounds for opposing the motion,

       **IT IS HEREBY ORDERED** that, for good cause shown, the Sanctions Order is stayed

until _____ days after the presiding United States District Judge has resolved Plaintiff's objections

to the Sanctions Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure.


Dated: _____              **SO ORDERED.**



                                  _____
                                  N. Reid Neureiter (U.S.M.J.)