IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

    Plaintiff,

v.

NOSTRAK LLC, and
KASEY KING,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the May 14, 2020 Report and Recommendation on Defendant Kasey King's Motion to Dismiss Pursuant to Rule 12(b)(6) by United States Magistrate Judge N. Reid Neureiter, wherein he recommends that this Court deny Defendant Kasey King's Motion to Dismiss (Doc. # 36). (Doc. # 52.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 52 at 5.) Despite this advisement, no objection to the Recommendation has been filed.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing the Recommendation of Magistrate Judge Neureiter, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, the Court ORDERS that the Report and Recommendation on Defendant Kasey King's Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. # 52) is AFFIRMED and ADOPTED as an Order of this Court. It is

FURTHER ORDERED that Defendant Kasey King's Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. # 36) is DENIED.

DATED: June 3, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge