# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01437-CMA-NRN

LANDON MONDRAGON,

     Plaintiff,

v.

NOSRAK LLC;
KASEY KING,

     Defendants.

---

## ENTRY OF APPEARANCE

---

     COMES NOW, Michael T. McConnell of the Law Firm McConnell Van Pelt, LLC,

hereby enters his appearance on behalf of Richard P. Liebowitz.

     Respectfully submitted this 9th day of June, 2020.


                        */s/ Michal T. McConnell*
                        Michael T. McConnell
                        McCONNELL VAN PELT, LLC
                        4700 South Syracuse Street, Suite 200
                        Denver, Colorado 80237
                        Telephone No.:  (303) 480-0400
                        Facsimile No.:    (303) 458-9520
                        Email:    mike@mvp-legal.com

                        ATTORNEYS FOR RICHARD LIEBOWITZ

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on this 9th day of June, 2020, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*

Thomas E.M. Werge
Daniel J. Williams
Werge Law LLW
2231 Gaylord St.
Denver, CO 80205
tom@werge.law
dan@werge.law
*Attorneys for Defendants*

*/s/ Lindsay Gonzales*
Lindsay Gonzales, Legal Assistant