# EXHIBIT 3

# Order of Disbarment

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF RICHARD P. LIEBOWITZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>RICHARD P. LIEBOWITZ,<br><br>  Defendant. | Case No. 19-mc-80228-JD<br><br>**ORDER OF DISBARMENT**<br><br>Re: Dkt. Nos. 1, 2 |

To be a member of the bar of this Court, an attorney must be an active member in good standing of the State Bar of California. N.D. Cal. Civil L.R. 11-1(b). An attorney search on the State Bar of California's website, http://www.calbar.ca.gov/, indicated that attorney Liebowitz is not an active member of the California bar, and so the Court issued an order directing him to show cause why his membership in the bar of this Court should not be terminated. Dkt. No. 1.

Liebowitz's response, Dkt. No. 2, is not responsive and does not say anything at all about his membership in the State Bar of California. He states that he has obtained "local co-counsel," Dkt. No. 2 ¶ 1, but that is not sufficient.

The Court consequently orders attorney Richard P. Liebowitz removed from the membership roll of the bar of this Court. In addition, attorney Liebowitz is ordered to disclose these OSC proceedings to any judge in this district before whom Liebowitz has a pending pro hac vice application.

**IT IS SO ORDERED.**

Dated: October 7, 2019

JAMES DONATO
United States District Judge