**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01437-CMA-NRN

LANDON MONDRAGON,

    Plaintiff,

v.

NOSRAK LLC;
KASEY KING,

    Defendants.

## MOTION FOR EXTENSION OF TIME TO ASSOCIATE WITH LOCAL COUNSEL

    Plaintiff Landon Mondragon, by and through Richard P. Liebowitz, and pursuant to D.C.COLO.LCivR 6.1 and 7.1 and CMA Civ. Practice Standard 6.1(b), respectfully move for an extension of time until June 26, 2020 to comply with the Magistrate Judge Neureiter's May 11, 2020 Order (Dkt # 51) directing undersigned to associate with a Colorado based attorney with at least five years experience practicing before this Court. As grounds therefor, undersigned states as follows:

1. Following receipt of the May 11 Order, undersigned believed he needed retain and consult with Colorado ethics counsel. His insurer referred him to an attorney who ultimately declined the engagement. That attorney referred undersigned to a second attorney who also ultimately declined the engagement. Undersigned was then referred to Michael T. McConnell of McConnell Van Pelt, LLC on June

4, 2020. Undersigned and Mr. McConnell conferred on June 5, 6 and 7 and Mr. McConnell accepted the engagement on June 8.

2. The deadline in the May 11 Order for engaging local counsel was June 1, 2020. Plaintiff was granted an extension through today, June 9, to file Rule 72(a) objections to the May 11 Order. Plaintiff and undersigned have elected <u>not</u> to file any objections.

3. On June 3, 2020, Advisory Notices were issued pursuant to D.C.COLO.LAttyR 3(c) in all of undersigned's active District of Colorado cases. The Advisory Notices indicate undersigned was disbarred in the Northern District of California and, therefore, is no longer in good standing in the District of Colorado. In fact, undersigned was never a member of the Northern District of California bar and undersigned has been working with his personal attorney, Mr. McConnell, to address the Advisory Notices.

4. Undersigned has been working a Colorado-based IP litigator to associate with to represent the Plaintiff in this case. Undersigned felt he had reached an agreement with such an attorney who would enter an appearance today. However, he declined the engagement at the last minute.

5. Undersigned is committed to complying order to find and engage an experienced Colorado-based IP litigator.

6. Undersigned now recognizes the May 11 Order was a wake-up call and he has much to do to address and correct his deficiencies. In light of the all the

circumstances, undersigned respectfully submits that good cause exists for the Plaintiff to be granted an extension of time to engage local counsel.

7. Pursuant to your Honor's May 11, 2020 Order, the Undersigned filed the notice of attorney sanction in his pending cases in the District of Colorado and will file the notice for any future cases filed in this District for the next six months.

8. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned conferred with defense counsel by telephone and email about this requested extension.  Defense counsel objects.

WHEREFORE, Plaintiff requests the deadline for his engagement of an experienced Colorado-based attorney be extended until June 26, 2020.

DATED:  June 9, 2020.

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC
**By: /richardliebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion has been served on June 9, 2020 via CM/ECF on all counsel of record:

Daniel J. Williams
Werge Law LLC
1627 North Vine Street
Suite 200
Denver, CO 80206
303-586-4900
Email: dan@werge.law


Thomas E.M. Werge
Werge Law LLC
1627 North Vine Street
Suite 200
Denver, CO 80206
303-586-4900
Email: tom@werge.law


                                                  **By: /richardliebowitz/**
                                                Richard Liebowitz