IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSRAK LLC and
KASEY KING

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that Plaintiff's Motion for Extension of Time to Associate with Local Counsel (Dkt. #64) is **GRANTED** finding good cause shown. The deadline for Plaintiff's counsel to engage an experienced, Colorado-based attorney is extended up to and including June 26, 2020.

Date: June 10, 2020