IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSRAK LLC and
KASEY KING

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that Defendants' Unopposed Motion to Lift Stay for Limited Purpose of Pursuing Third-Party Complaint (Dkt. #67) is **GRANTED** finding good cause shown. The stay entered on May 27, 2020 (Dkt. #58) is **LIFTED** for the **limited purpose** of permitting Defendants to pursue their Third-Party Complaint (Dkt. #53).

Date: June 16, 2020