UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

LANDON MONDRAGON,

                      Plaintiff,

    - against -

NOSRAK LLC and KASEY KING

                    Defendant.

Docket No. 1:19-cv-1437-CMA-NRN

**MOTION TO WITHDRAW AS COUNSEL**

Richard Liebowitz hereby withdraws as counsel for Plaintiff.

/s/richardliebowitz/
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com