IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSRAK LLC and
KASEY KING

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby **ORDERED** that the Motion to Withdraw as Counsel (Dkt. #71) is **GRANTED** finding good cause shown. Richard Liebowitz shall be permitted to withdraw as counsel for Plaintiff Landon Mondragon. The Clerk of Court is directed to remove Richard Liebowitz from electronic notification in this matter.

    In the event that he resolves his lack of good standing with the District's Committee on Conduct (*see* Dkt. #59), Mr. Liebowitz is advised that the portion of the Court's sanction order (Dkt. #51) which requires that he file a copy of the sanction order and a "Notice of Attorney Sanction" in any case filed in this District within six months of the date of that order remains in effect.

    It is further **ORDERED** that on or before June 24, 2020, counsel for the parties shall **jointly** contact Chambers (303-335-2403) to set a Status Conference.

Date: June 19, 2020