IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSRAK LLC and
KASEY KING

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that a Telephonic Status Conference is set on **July 9, 2020 at 10:30 a.m.**

Counsel for the parties is directed to call the conference line at 1-888-398-2342, access code 5755390# at the appointed time.

Date: June 24, 2020