IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01437-CMA-NRN

LANDON MONDRAGON,

    Plaintiff,

v.

NOSRAK LLC;
KASEY KING,

    Defendants.

## MOTION TO WITHDRAW

COMES NOW, Michael T. McConnell, and pursuant to D.C.COLO.L.AttyR 5(b) moves to withdraw as counsel of record for nonparty Richard Liebowitz. In support of this motion, undersigned states as follows:

1. Richard Liebowitz was originally counsel of record for Plaintiff.

2. On June 3, 2020, the Court entered the following:

> ADVISORY NOTICE TO ATTORNEY AND COURT: An Order of Disbarment was entered against RICHARD P. LIEBOWITZ by the Northern District of California. Under D.C.COLO.LAttyR 3(c), the clerk of this court shall make a notation in the court record of such lack of good standing and hereby informs counsel and the court of counsel's ineligibility to practice before the court. (Text Only Entry) (mfred) (Entered: 06/03/2020)

*Dkt #59.* As a result of the June 3, 2020 Advisory Notice, Mr. Liebowitz retained the undersigned.

3.	On June 9, 2020, undersigned filed "Liebowitz Response to June 3, 2020 Advisory Notice."  *Dkt #63.*  Undersigned has never represented a party to this action. He has just represented Mr. Liebowitz.

4.	The matters raised in the June 9, 2020 "Liebowitz Response to June 3, 2020 Advisory Notice" were ultimately resolved by the District of Colorado's Disciplinary Panel in a July 6, 2020 Order.  *See Exhibit 1.*

5.	On June 18, 2020, Craig Sanders entered his appearance as counsel of record for the Plaintiff.  *Dkt #70.*  Mr. Liebowitz filed a Motion to Withdraw as Attorney for Plaintiff on June 18, 2020.  *Dkt #71.*  On June 19, 2020 the Court granted the Motion to Withdraw as Attorney for Plaintiff and Mr. Liebowitz was terminated.  *Dkt. #73.* Mr. Liebowitz is no longer counsel of record for a party in this action and there is no pending motion herein related to Mr. Liebowitz.

6.	For the foregoing reasons, there is no longer any reason for the undersigned to participate in this action or to receive notifications of filings. Undersigned counsel certifies the purpose of his representation of Mr. Liebowitz in this action is complete. Mr. Liebowitz has requested the undersigned to withdraw.  A copy of this Motion to Withdraw has been provided to Mr. Liebowitz and he consents to the undersigned's withdrawal.

WHEREFORE, Michael T. McConnell requests the Court enter an Order granting this Motion to Withdraw.

2

DATED: August 21, 2020.

/s/ Michael T. McConnell
Michael T. McConnell
McCONNELL VAN PELT, LLC
4700 South Syracuse Street, Suite 200
Denver, Colorado 80237
Telephone No.:  (303) 480-0400
Facsimile No.:    (303) 458-9520
Email:   mike@mvp-legal.com

ATTORNEYS FOR RICHARD LIEBOWITZ

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 21st day of August, 2020, the foregoing **MOTION TO WITHDRAW** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Craig Benjamin Sanders
Barshay Sanders PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
516-203-7600
Fax: 516-282-7878
Email: csanders@barshaysanders.com

Thomas E.M. Werge
Daniel J. Williams
Werge Law LLW
2231 Gaylord St.
Denver, CO 80205
tom@werge.law
dan@werge.law
*Attorneys for Defendants*

/s/ Lindsay Gonzales
Lindsay Gonzales, Legal Assistant