IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

Plaintiff,

v.

NOSRAK LLC and
KASEY KING

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that the Motion to Withdraw (Dkt. #80) is **GRANTED**. Richard Liebowitz is permitted to withdraw as counsel for Plaintiff. The Clerk of Court is respectfully directed to remove Richard Liebowitz from electronic notification in this case.

Date: August 27, 2020