UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff

v.

NOSRAK LLC and KASEY KING,
    Defendants

---------------------------------------------------------

NOSRAK LLC and KASEY KING,
    Third-Party-Plaintiffs,
v.

JESSICA MOORE,
    Third-Party-Defendant.

## STIPULATED EXTENSION OF TIME
## TO RESPOND TO THIRD-PARTY COMPLAINT

Third-Party-Defendant Jessica Moore ("Moore") and Third-Party-Plaintiffs Nosrak LLC and Kasey King (collectively, "King") hereby stipulate to extend Ms. Moore's date to respond to King's Third-Party Complaint by twenty-one days from September 8, 2020 to September 29, 2020.

The Third-Party Complaint [ECF 53] was served on August 16, 2020 [ECF 83 (Affidavit of Service)].

Pursuant to D.C.COLO.L.CivR 6.1(a), a stipulation in writing of up to 21-days, when filed before the expiration of time, is effective on filing, so Moore's responsive pleading which currently is due on September 8, 2020, will now be due on September 29, 2020.

Undersigned counsel certifies that they will serve a copy of this stipulation on their respective clients as required by D.C.COLO.LCivR 6.1(c).

Date: September 4, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s James Juo* <br> James Juo <br> THOMAS P. HOWARD, LLC <br> 842 W. South Boulder Rd., #100 <br> Louisville, CO 80027 <br> Telephone: (303) 665-9845 <br> jjuo@thowardlaw.com <br><br> *Counsel for Third-Party Defendant Jessica Moore* | */s Thomas E.M. Werge* <br> Thomas E.M. Werge <br> Daniel J. Williams <br> WERGE LAW LLC <br> 1627 N. Vine St. Ste. 200 <br> Denver, CO 80206 <br> Telephone: 720-507-5008 <br> tom@werge.law <br> dan@werge.law <br><br> *Counsel for Third-Party-Plaintiffs NOSRAK LLC and KASEY KING* |