8/28/2020 WebVoyage Record View 1



*Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.*



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = mondragon
Search Results: Displaying 11 of 233 entries

*Landon Mondragon.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002149814 / 2019-04-19 |
| **Application Title:** | Landon Mondragon |
| **Title:** | Landon Mondragon. [Group registration of published photographs. 10 photographs. 2019-01-20 to 2019-03-25] |
| **Description:** | 10 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Landon Mondragon. Address: 1113 West Culver St., Phoenix, AZ, 85007, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-20 to 2019-03-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Landon Mondragon; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2019 (8 photographs): 1.20.19-dash2-BisbeeAZ.jpeg, 1.20.19-Jessdash-BisbeeAZ.jpeg, 1.20.19-pump-BisbeeAZ.jpeg, 1.20.19-truck-BisbeeAZ.jpeg, 1.20.2019-jessadpose.jpeg, 1.20.2019-jesscargrill.jpeg, 1.20.2019-jessphonecall.jpeg, 1.21.19-oranges-MesaAZ.jpeg, |
| | Published in March 2019 (2 photographs): 3.25.2019-hannahpeacock.jpeg, 3.25.2019-hannahtrees.jpeg, |
| **Names:** | Mondragon, Landon |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

## EXHIBIT A