9/4/2020                                    Who are these companies? - Copyright Demand Letter

# Who are these companies?

Information about some of the most active copyright demand letter law firms. They might be the ones that are suing you. Scroll down to find out more about Sanders Law PLLC (https://copyright-demand-letter.com/who-are-these-companies/#sanders), Liebowitz Law Firm PLLC (https://copyright-demand-letter.com/who-are-these-companies/#liebowitz), Getty Images (https://copyright-demand-letter.com/who-are-these-companies/#getty), Higbee & Associates (https://copyright-demand-letter.com/higbee-associates-copyright/), or click their names to scroll directly to them. If you are receiving a letter from another law firm or company, please let us know.



Sanders Law PLLC has an office in New York. The lead attorney is Craig B. Sanders . According to state bar association records, Sanders Law PLLC has attorneys licensed in several states. Their typical demand in the negotiation stage seems to be between $2,500 to $10,000. Their typical demand in the litigation stage is $15,000 to $50,000, some are higher and lower. Sanders law frequently files lawsuits. Sanders Law was one of the frequent filers of copyright lawsuits in the United States in 2016. Read More.

Sanders Law, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530

Privacy - Terms

**EXHIBIT B**

9/4/2020                                           Who are these companies? - Copyright Demand Letter

## Chances of Lawsuit



### Typical Lawsuit Amount

# $5,000 – $25,000

Read more about Sanders (https://copyright-demand-letter.com



Liebowitz Law Firm PLLC has an office in New York. The lead attorney is Mr. Liebowitz. According to state bar association records, Liebowitz is only licensed to practice law in NY. Their typical demand in the negotiation stage seems to be between $2,000 to $10,000. Their typical demand in the litigation stage is $5,000 to $25,000, some are higher and lower. They are one of the most frequent filer of law suits in the US, however, they seem to only file cases against defendants in New York.  Read More. (https://copyright-demand-letter.com/liebowitz-law-firm-copyright/)

Privacy - Terms

**EXHIBIT B**

Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580-6111

### Chances of Lawsuit



### Typical Lawsuit Amount

# $5,000 – $50,000

Read More About Liebowitz Law (https://copyright-demand-lett

![getty images]

Getty Images is a mega stock photography agency. They are a global company. The typically handle cases internally during the negotiation stage and then, if no settlement is reached, send the case to one of several law firms. Their typical demand in the negotiation stage seems to be between $500 to $2,000, once the claim because a lawsuit, the demand amount usually triples.

**EXHIBIT B**

Chances of Lawsuit



Typical Lawsuit Amount

# Very Rare

Read More About Getty Images (https://copyright-demand-le

### Higbee & Associates

Higbee & Associates have offices in several states. The lead attorney is Mathew Higbee. According to state bar association records, Higbee & Associates has attorneys licensed in several states. Their typical demand in the negotiation stage seems to be between $2,000 to $25,000. Their typical demand in the litigation stage is $10,000 to $50,000, some are higher and lower. Higbee & Associates and Liebowitz Firm are the two of most frequent filers of copyright lawsuits in the United States.  Read More (https://copyright-demand-letter.com/higbee-associates-copyright/).

Privacy - Terms

**EXHIBIT B**

9/4/2020 Who are these companies? - Copyright Demand Letter

Higbee & Associates
1504 Brookhollow #112
Santa Ana, CA 92705

### Chances of Lawsuit



### Typical Lawsuit Amount

# $5,000 – $50,000

Read More About Higbee & Associates (https://copyright-dema

Request to be contacted by an attorney who specializes in fighting these law firms. We will provide you with an attorney if an appropriate match is available for your area.

**Your Name ***

[                                          ]

**Your Email ***

[                                          ]

Privacy - Terms

https://copyright-demand-letter.com/who-are-these-companies/ 5/6

**EXHIBIT B**

9/4/2020 Who are these companies? - Copyright Demand Letter

**State ***

| --- ▼ |

**What law firm? ***

| -Select Law Firm or Others- ▼ |

**Copyright Holder**

| |

Send

If you do not receive a match within 4 hours you can assume we do not have one available in your area.

Our Privacy Policy (https://copyright-demand-letter.com/privacy-policy)

Outcomes are not guaranteed. This service is not a law firm. This is a referral service. This service is not yet available in all states and with all law firms. This service is not available outside of the US.

Privacy - Terms

**EXHIBIT B**