**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff

v.

NOSRAK LLC and KASEY KING,
    Defendants

---------------------------------------------------------

NOSRAK LLC and KASEY KING,
    Third-Party-Plaintiffs,
v.

JESSICA MOORE,
    Third-Party-Defendant.

**DECLARATION OF JESSICA MOORE IN SUPPORT OF MOTION FOR COST BOND**

    1.    My name is Jessica Moore. I am over eighteen years of age and am competent to testify to the facts stated herein.

    2.    I am the third-party defendant named in this lawsuit.

    3.    I work as a fulltime professional freelance photographer.

    4.    I have reviewed Exhibit A attached to the Amended Complaint in this case, which I understand are all of the photographs being asserted in this lawsuit. Those photographs are reproduced below:

    

1

5. I am the true author of the asserted photographs reproduced above, and the true owner of the copyright for those photographs.

6. Those photographs were taken during a photo shoot that I conducted in Arizona on January 20, 2019.

7. I directed and controlled every aspect—from the lighting, camera settings, angles, exposure, and composition—of the photographs taken at the Arizona photo shoot.

8. Landon Mondragon is not a professional photographer, and his role in the photo shoot was to learn about photography from me and follow my instructions.

9. After I had adjusted the camera settings and arranged the composition for a photograph, including when I was the model being photographed, I instructed Mondragon to press the shutter release for the camera.

10. I am the model featured in the asserted photographs reproduced above, but I was the person who adjusted the camera settings and arranged the composition for a photograph, and who instructed Mondragon when press the shutter release to take the photograph.

11. The hats appearing in each of the asserted photographs are hats that Defendant Nosrak had provided to me for the photo shoot in exchange for being able to use the photographs featuring its hats afterwards.

12. I told Mr. Mondragon before the photo shoot that the wardrobe such as the hats had been provided by others in exchange for them to use the photographs later, and that this type of trade work was common for photographers.

13. Shortly after the photo shoot, I delivered the asserted photographs for Nosrak to use.

14. After Mr. Mondragon accused Nosrak of copyright infringement in February 2019, I informed Kasey King at Nosrak that I owned the copyright for the asserted photographs and I gave express permission for Nosrak to use the asserted photographs that featured its hats.

Doc ID: 67fe7022ec5c0dac72ba3e6c99c1b13c55f6febf

15.     I never assigned the copyright for any photograph to Mr. Mondragon, and I never gave him permission to file a copyright application for any photographs or to sue anyone in connection with any photographs.

I declare under penalty of perjury that the foregoing is true and correct.

09 / 16 / 2020

Executed on September __, 2020.          _____

                                         Jessica Moore

3

Doc ID: 67fe7022ec5c0dac72ba3e6c99c1b13c55f6febf



Audit Trail

| | |
|---|---|
| **TITLE** | 2020-09-16 Moore Decl cost bond.pdf |
| **FILE NAME** | 2020-09-16%20Moor...20cost%20bond.pdf |
| **DOCUMENT ID** | 67fe7022ec5c0dac72ba3e6c99c1b13c55f6febf |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**  
**09 / 16 / 2020**  
19:09:15 UTC  

Sent for signature to Jessica Moore (moorejessica339@yahoo.com) from jjuo@thowardlaw.com  
IP: 96.69.167.85

**VIEWED**  
**09 / 17 / 2020**  
01:51:31 UTC  

Viewed by Jessica Moore (moorejessica339@yahoo.com)  
IP: 184.56.143.62

**SIGNED**  
**09 / 17 / 2020**  
01:51:54 UTC  

Signed by Jessica Moore (moorejessica339@yahoo.com)  
IP: 184.56.143.62

**COMPLETED**  
**09 / 17 / 2020**  
01:51:54 UTC  

The document has been completed.