**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
   Plaintiff

v.

NOSRAK LLC and KASEY KING,
   Defendants

------------------------------------------------------

NOSRAK LLC and KASEY KING,
    Third-Party-Plaintiffs,
v.

JESSICA MOORE,
    Third-Party-Defendant.

## MOTION FOR RECONSIDERATION OF ORDER [ECF 93]

  Third-Party-Defendant Jessica Moore hereby moves for the Court to reconsider the Order [ECF 93] that characterized the motion [ECF 92] filed by Plaintiff Landon Mondragon for Early Neutral Evaluation ("ENE") as "unopposed."

  While Defendants Nosrak LLC and Kasey King did not oppose Plaintiff's motion for alternative dispute resolution—Plaintiff's motion stated that "**Moore opposes an ENE referral** at this time." [ECF 92] (emphasis added).

  Unless the Court's Order [ECF 93] requiring ENE applies only to Defendants Nosrak and King, then **Third-Party-Defendant Moore** should have been given the opportunity to respond to Plaintiff's motion for ENE.

1

Instead, the Court granted Plaintiff's motion for ENE on the same day the motion was filed. [ECF 93].

<u>Reconsideration and clarification by the Court is requested.</u>

Pursuant to D.C.COLO.L.CivR 7.1(b), counsel for Defendants and counsel for Plaintiff were consulted by email. Defendants do not oppose the motion. Plaintiff opposes the motion.

Date: October 6, 2020

      *s/ James Juo*
James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd., #100
Louisville, CO 80027
Telephone: (303) 665-9845
jjuo@thowardlaw.com

*Counsel for Third-Party Defendant Jessica Moore*