# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
 Plaintiff / Third-Party-Counter-Defendant

v.

NOSRAK LLC and KASEY KING,
 Defendants

-----------------------------------------------------------

NOSRAK LLC,
  Third-Party-Plaintiff / Counter-Defendant,

v.

JESSICA MOORE,
  Third-Party-Defendant / Counterclaimant.

## NOTICE REGARDING AMENDED ANSWER AND COUNTERCLAIMS

 Third-Party-Defendant Jessica Moore respectfully brings this Notice Regarding Amended Answer and Counterclaims in Response to Third-Party Complaint ("Notice").

 Because this amended pleading is being filed within 21 days of the filing of the original pleading [ECF 100], this is an amendment as a matter of course under Rule 15 of the Federal Rule of Civil Procedure and D.C.COLO.LCivR 15.1(a).

1

Rule 4.11(a) ("Correction of Filings") of the ECF CIVIL PROCEDURES v. 6.1 for the District of Colorado, states that the filer shall comply with D.C.COLO.LCivR 15.1 ("Amended Pleading") which requires a separate notice and a copy striking through the text to be deleted and underlining the text to be added.  This required copy is attached hereto as Exhibit A.

*s/ James Juo*
James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd., #200
Louisville, CO 80027
Telephone: (303) 665-9845
Fax: (303) 665-9847
jjuo@thowardlaw.com

Attorneys for Third-Party-Defendant Jessica Moore