# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON

       Plaintiff,

v.

NOSRAK LLC and KASEY KING

       Defendants.

v.

JESSICA MOORE

       Third-Party Defendant.

---

**REPLY TO THIRD-PARTY DEFENDANT
JESSICA MOORE'S COUNTERCLAIM AGAINST NOSRAK**

---

Defendant Nosrak LLC ("Nosrak"), by and through the undersigned counsel, hereby submits the following Reply to the Counterclaim asserted by Third-Party Defendant Jessica Moore, and states as follows:

## PARTIES

1.    Nosrak admits the allegations in paragraph 1 of Ms. Moore's Counterclaim against Nosrak.

2.    Nosrak admits the allegations in paragraph 2 of Ms. Moore's Counterclaim against Nosrak.

## JURISDICTION AND VENUE

3.    Nosrak admits the allegations in paragraph 3 of Ms. Moore's Counterclaim against Nosrak.

4.       Nosrak admits the allegations in paragraph 4 of Ms. Moore's Counterclaim against Nosrak.

5.       Nosrak admits the allegations in paragraph 5 of Ms. Moore's Counterclaim against Nosrak.

## FACTUAL ALLEGATIONS

6.       Nosrak admits that Ms. Moore and Nosrak agreed that Ms. Moore would accompany Nosrak, through Ms. Karson Saveall and Mr. Kasey King, on a trip to Cuba to take photographs for Nosrak. Nosrak denies all other allegations in paragraph 6 of the Counterclaim.

7.       Nosrak admits that Nosrak agreed to pay for lodging for Ms. Moore while in Cuba. Nosrak denies the remainder of the allegations in paragraph 7 of the Counterclaim.

8.       Nosrak admits that Ms. Moore was in Cuba from January 31, 2019 until on or about February 6, 2019 and that Ms. Moore took photographs while in Cuba. Nosrak denies the remaining allegations in paragraph 8 of the Counterclaim.

9.       Nosrak denies the allegations in paragraph 9 of the Counterclaim.

10.      Nosrak denies the allegations in paragraph 10 of Ms. Moore's Counterclaim against Nosrak.

## COUNTERCLAIM (NOSRAK)
## BREACH OF CONTRACT

11.      No response required.

12.      Nosrak denies the allegations in paragraph 12 of the Counterclaim.

13.      Nosrak denies the allegations in paragraph 13 of the Counterclaim.

14.      Nosrak denies the allegations in paragraph 14 of the Counterclaim.

## **GENERAL DENIAL**

Nosrak denies all allegations in the Counterclaim asserted by Third-Party Defendant Jessica Moore that have not been expressly admitted herein, and deny that Ms. Moore is allowed to any relief whatsoever based on the allegations in her Counterclaim against Nosrak.

## **AFFIRMATIVE DEFENSES**

1.      Failure to state a claim – Ms. Moore has failed to state a claim on which relief can be granted.

2.      Material non-performance and breach of contract by Ms. Moore – Ms. Moore failed to perform her part of the agreement by failing to timely deliver all photographs taken during the Cuba trip pursuant to the agreement between Nosrak and Ms. Moore that Ms. Moore would provide Nosrak with the photographs taking during the Cuba trip in exchange for housing while in Cuba.

3.      Unclean hands – Ms. Moore's material breach of the agreement between Nosrak and Ms. Moore disqualifies her from the relief requested.

4.      Plaintiff reserves the right to raise additional defenses, at law or in equity, as they arise or otherwise become known through discovery and further factual investigation.

Admit. Dated: November 12, 2020

Respectfully Submitted,

*/s/ Daniel J. Williams*
Thomas E.M. Werge (Colo. Reg. #42726)
Daniel J. Williams (Colo. Reg. #52568)
WERGE LAW LLC
1627 N. Vine St. Ste. 200
Denver, CO 80206
Telephone: 720-507-5008
Fax: 303-586-4900
tom@werge.law
dan@werge.law
*Attorneys for Nosrak*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2020, I have caused a true and correct copy of the foregoing **REPLY TO THIRD-PARTY DEFENDANT JESSICA MOORE'S COUNTERCLAIM AGAINST NOSRAK** to be filed via CM/ECF, which will serve such upon:

Craig Benjamin Sanders, Esq.
Barshay Sanders PLLC
100 Garden City Plaza Suite 500
Garden City, NY 11530
Email: csanders@barshaysanders.com
*Attorney for Plaintiff Landon Mondragon*

James Juo, Esq.
Thomas P. Howard LLC
842 West South Boulder Road Suite 100
Louisville, CO 80027
Email: jjuo@thowardlaw.com
*Attorney for Third Party Defendant Jessica Moore*

*/s/ Peggy P. Quines*
Peggy P. Quines, paralegal
WERGE LAW LLC