IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01437-CMA-NRN | Date: November 17, 2020 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

<u>*Parties:*</u>  <u>*Counsel:*</u>

LANDON MONDRAGON,                                Craig Sanders

   Plaintiff,

v.

NOSRAK LLC and                                        Thomas Werge
KASEY KING,

   Defendants,

v.

JESSICA MOORE,                                        James Juo

   Third-Party Defendant.

---

### COURTROOM MINUTES

---

**TELEPHONIC STATUS CONFERENCE**

**10:30 a.m.    Court in session.**

Court calls case. Appearance of counsel.

Status of the case is discussed.

**ORDERED:**   A **Telephonic Revised Scheduling Conference** is set for **December 8, 2020 at 3:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. Plaintiff is to take the laboring oar in preparing a revised proposed scheduling order.  The parties shall electronically file their proposed Scheduling Order through CM/ECF, and include a courtesy copy of the proposed revised Scheduling Order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov no

later than **December 2, 2020**. **The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

**ORDERED:** **The STAY of discovery is LIFTED.**

**ORDERED:** Motion for Referral for Alternative Dispute Resolution Pursuant to LR 16.6 and Temporary Stay [Docket No. 92] is **DENIED AS MOOT.**

**10:46 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time    00:16

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.