# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01437-CMA-NRN

Landon Mondragon

    Plaintiff,

v.

Nosrak LLC and Kasey King

    Defendants
_____

Nosrak LLC and Kasey King

    Third-Party Plaintiff

    v.

Jessica Moore

    Third-Party Defendant

---

## AMENDED SCHEDULING ORDER
---

In connection with the upcoming Telephonic Revised Scheduling Conference set for December 8, 2020 at 3:00 p.m. before Magistrate Judge N. Reid Neureiter [ECF 111], the parties hereby submit the following proposed schedule.

### DISCOVERY PLAN LIMITATIONS

    a.    Modifications which any party proposes to the presumptive numbers of depositions or interrogatories contained in the Federal Rules: 10 interrogatories, no more than two depositions per side.

    b.    Limitations which any party proposes on the length of depositions: seven hours in a single day.

    c.    Limitations which any party proposes on the number of requests for production and/or requests for admission: Requests for production and requests for admission shall be limited to 10 per side.

    d.    Deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions: December 15, 2020

## CASE PLAN AND SCHEDULE

    a.    Deadline for Joinder of Parties and Amendment of Pleadings: November 30, 2020

    b.    Discovery Cut-off: January 29, 2021

    c.    Dispositive Motion Deadline: February 15, 2021

    d.    Expert Witness Disclosure: The parties do not anticipate using any expert witness at this time but each party reserves the right to seek leave of court to identify one.

DATED at Denver, Colorado, this  24th day of  November , 20 20 .

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:
**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*

**WERGE LAW LLC**

By: /s Thomas E.M. Werge
Thomas E.M. Werge, Esq.
1627 N. Vine Street, Suite 200
Denver, CO 80206
Tel: (720) 507-5008
*Attorneys for Defendants*

**THOMAS P. HOWARD LLC**

By: /s James Juo, Esq.
James Juo, Esq.
842 West South Boulder Road
Suite 100
Louisville, CO 80027
*Attorney for Third Party Defendant Jessica Moore*