

# INVOICE

Invoice # 1785
Date: 10/14/2020
Due On: 10/24/2020

## Thomas P. Howard, LLC

842 W. South Boulder Rd., Suite 100
Louisville, Colorado 80027
Phone: 303-665-9845
Fax: 303-665-9847
Email: thoward@thowardlaw.com
thowardlaw.com

Jessica Moore
14014 Terminal Ave
Cleveland, OH 44135
417-389-8826

## Mondragon v. Nosrak

### Services

| Date | Type | Attorney | Notes | Quantity | Rate | Discount | Total |
|------|------|----------|-------|----------|------|----------|-------|
| 09/03/2020 | Service | JJ | Phone conference with Jessica; left voicemail with King's counsel re extension of time; draft email to counsel re same; legal research re actual control over or causation of the expression for claiming copyright authorship; continue review of pleadings | 2.30 | $315.00 | - | $724.50 |
| 09/04/2020 | Service | JJ | Phone conference with T Werge re third party complaint and litigation status; draft detailed email to J Moore with questions re Mondragon; draft motion for cost bond; prepare and file stipulation for extension of time with court | 2.00 | $315.00 | - | $630.00 |
| 09/08/2020 | Service | JJ | Revise motion for cost bond; draft supporting declaration of Jessica Moore; draft email to Jessica Moore re facts for same; left voicemail message with J Moore re same | 1.80 | $315.00 | - | $567.00 |
| 09/09/2020 | Service | JJ | Draft email to J Moore re facts | 0.90 | $315.00 | - | $283.50 |

EXHIBIT A

| | | | for declaration; review and revise Motion | | | | |
|---|---|---|---|---|---|---|---|
| 09/10/2020 | Service | JJ | Draft email to J Moore requesting confirmation of facts for her declaration <NO CHARGE> | 0.10 | $315.00 | 100.0% | $0.00 |
| 09/11/2020 | Service | JJ | Draft email to J Moore re declaration and upcoming status conference; review exhibits and revise motion for cost bond <NO CHARGE> | 0.40 | $315.00 | 100.0% | $0.00 |
| 09/14/2020 | Service | JJ | Revise Moore declaration in view of email from same; draft follow-up email to Moore; phone conf with Mondragon counsel; draft email to opposing counsel re cost bond; legal research re authorship of photographs; review motion for cost bond | 1.60 | $315.00 | - | $504.00 |
| 09/14/2020 | Service | SEB | Reviewed motion for cost bond. | 0.20 | $315.00 | - | $63.00 |
| 09/15/2020 | Service | JJ | Revise motion for cost bond in view of comments from J Moore; further legal research re opposing counsel and coyright issues; draft email to T Werge re same; | 1.50 | $315.00 | - | $472.50 |
| 09/16/2020 | Service | JJ | Review and revise Moore declaration; draft email to Jessica Moore re same; review and revise motion for bond; prepare for status conf with court; draft email to W Werge re same | 1.10 | $315.00 | - | $346.50 |
| 09/17/2020 | Service | JJ | Prepare for status conference with court; draft emails to J Moore re facts and documents; review court minutes; draft email to J Moore re same; finalize and file motion for bond and supporting declaration and exhibits | 1.70 | $315.00 | - | $535.50 |
| 09/18/2020 | Service | JJ | Review defendants' joinder of motion; draft email to J Moore re recent court filings <NO CHARGE> | 0.20 | $315.00 | 100.0% | $0.00 |
| 09/21/2020 | Service | JJ | Phone conf with Jessica Moore re document production and | 0.60 | $315.00 | - | $189.00 |

**EXHIBIT A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | upcoming litigation dates; draft notes re possible crossclaims and counterclaims | | | | |
| 09/22/2020 | Service | JJ | Draft emails to opposing counsel re dismissal of contributory infringement claim; review case law re same | 0.40 | $315.00 | - | $126.00 |
| 09/24/2020 | Service | JJ | Review amended complaint; draft email to Jessica re same | 0.30 | $315.00 | 50.0% | $47.25 |
| 09/25/2020 | Service | JJ | Draft Answer to amended third-party complaint | 0.70 | $315.00 | - | $220.50 |
| 09/28/2020 | Service | JJ | Draft email to opposing counsel questioning his request for an extension to oppose motion for cost bond | 0.20 | $315.00 | - | $63.00 |
| 09/29/2020 | Service | JJ | Review opposing counsel request for settlement conference and stay of litigation; draft email to Jessica Moore with recommendation to oppose same; draft email to opposing counsel opposing both requests in view of response from Jessica | 0.40 | $315.00 | - | $126.00 |

| | |
|---|---|
| **Line Item Discount Subtotal** | **-$267.75** |
| **Services Subtotal** | **$4,898.25** |

## Expenses

| Date | Type | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 09/30/2020 | Expense | MB | Court fees for the month of September. | 1.00 | $9.10 | $9.10 |
| 09/30/2020 | Expense | MB | Westlaw research for the month of September. | 1.00 | $23.81 | $23.81 |

| | |
|---|---|
| **Expenses Subtotal** | **$32.91** |
| **Subtotal** | **$4,931.16** |
| **Total** | **$4,931.16** |
| **Payment (10/14/2020)** | **-$4,931.16** |
| **Balance Owing** | **$0.00** |

# EXHIBIT A

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|---|
| ( | $6,893.48 | + | $4,931.16 | ) - ( | $0.00 | + | $4,931.16 | ) = | **$6,893.48** |

Please make all amounts payable to: Thomas P. Howard, LLC

Payment is due upon receipt.

EXHIBIT A