

# INVOICE

Invoice # 1897
Date: 11/11/2020
Due On: 11/21/2020

## Thomas P. Howard, LLC

842 W. South Boulder Rd., Suite 100
Louisville, Colorado 80027
Phone: 303-665-9845
Fax: 303-665-9847
Email: thoward@thowardlaw.com
thowardlaw.com

Jessica Moore
14014 Terminal Ave
Cleveland, OH 44135
417-389-8826

## Mondragon v. Nosrak

### Services

| Date | Type | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 10/01/2020 | Service | JJ | Review and revise answer; draft email to Jessica again requesting documents for initial disclosures | 1.10 | $315.00 | $346.50 |
| 10/02/2020 | Service | JJ | Review and revise answer; draft email to T Werge requesting extension of time to file answer | 0.80 | $315.00 | $252.00 |
| 10/05/2020 | Service | JJ | Review motion for ADR and stay filed by Mondragon; draft email to Moore re same; review Court order granting ADR; leave voicemail message with court re same; phone conf with magistrate judge's clerk re same; draft motion for reconsideration | 0.90 | $315.00 | $283.50 |
| 10/06/2020 | Service | JJ | Draft emails to opposing counsel re motion for reconsideration; finalize and file motion for reconsideration with court | 0.70 | $315.00 | $220.50 |
| 10/07/2020 | Service | JJ | Draft email to opposing counsel for Nosrak re extension to answer third party complaint; draft stipulation for extension; draft follow-up email with Jessica re documents and Cuba trip | 0.50 | $315.00 | $157.50 |
| 10/08/2020 | Service | JJ | Finalize and file motion for extension; draft email to Nosrak counsel re same | 0.40 | $315.00 | $126.00 |

**EXHIBIT B**

| Date | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/2020 | Service | JJ | Draft email to Jessica re filed extension of time and seeking response to questions re Cuba trip; review plaintiff's response to cost bond motion | 0.30 | $315.00 | $94.50 |
| 10/10/2020 | Service | JJ | Draft Reply for cost bond; legal research re same; review webpages for exhibits in support of same | 1.10 | $315.00 | $346.50 |
| 10/11/2020 | Service | JJ | Review and revise Reply for cost bond; draft supporting Moore declaration; review exhibits; review docket and ENE procedures | 2.30 | $315.00 | $724.50 |
| 10/12/2020 | Service | JJ | Review and revise Reply for cost bond; draft email to Jessica re same; review and revise answer and counterclaims; review documents re same; draft email to Jessica re factual allegations to admit or deny for same; draft email to Jessica re ENE; draft notes re litigation schedule | 3.50 | $315.00 | $1,102.50 |
| 10/13/2020 | Service | JJ | Review and revise Answer and Counterclaims; review and revise Reply for cost bond; left multiple phone messages with Jessica | 0.80 | $315.00 | $252.00 |
| 10/14/2020 | Service | JJ | Draft response to Jessica email; review and finalize Answer and Counterclaims; review and finalize Reply for cost bond; finalize Moore declaration and exhibits; draft detailed messages to Jessica re same; phone conf with Jessica re same; file Answer and Reply with Court; draft email to Court with submissions for ENE | 2.50 | $315.00 | $787.50 |
| 10/15/2020 | Service | JJ | Phone conf with T Werge re ENE strategy; outline ENE presentation; review Nosrak reply filed with court | 0.60 | $315.00 | $189.00 |
| 10/16/2020 | Service | JJ | Review ENE statements from opposing parties; draft email to Jessica re same; draft notes for ENE presentation | 1.50 | $315.00 | $472.50 |
| 10/19/2020 | Service | JJ | Prepare for ENE conference with court; phone conf with Jessica in preparation for same; attend and argue case to court at ENE conference; phone conf with Jessica afterwards; phone conf with T Werge Court's evaluation and strategy in view of same | 2.70 | $315.00 | $850.50 |
| 10/22/2020 | Service | JJ | Draft opposition to motion for stay | 0.60 | $315.00 | $189.00 |
| 10/23/2020 | Service | JJ | Draft amended answer and counterclaims; draft notice of amended pleading and exhibit for same | 0.50 | $315.00 | $157.50 |

# EXHIBIT B

| Date | Type | Attorney | Notes | | | |
|---|---|---|---|---|---|---|
| 10/26/2020 | Service | JJ | Revise and file opposition to motion for stay; draft message to TPH re amended answer | 0.40 | $315.00 | $126.00 |
| 10/29/2020 | Service | JJ | Finalize and file amended answer and counterclaims with court | 0.40 | $315.00 | $126.00 |
| 10/30/2020 | Service | JJ | Review entry of appearance for TPH; draft message to MB re filing same | 0.20 | $315.00 | $63.00 |
| | | | | **Services Subtotal** | | **$6,867.00** |

### Expenses

| Date | Type | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 10/30/2020 | Expense | MB | Westlaw research for the month of October. | 1.00 | $95.32 | $95.32 |
| | | | | **Expenses Subtotal** | | **$95.32** |

| | |
|---|---|
| Subtotal | $6,962.32 |
| Total | $6,962.32 |
| Payment (11/11/2020) | -$68.84 |
| **Balance Owing** | **$6,893.48** |

## Statement of Account

| Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|
| ( $0.00 | + | $6,962.32 | ) - ( | $0.00 | + | $68.84 | ) = | **$6,893.48** |

Please make all amounts payable to: Thomas P. Howard, LLC

Payment is due upon receipt.

**EXHIBIT B**