

# INVOICE

Invoice # 1954
Date: 12/07/2020
Due On: 12/17/2020

## Thomas P. Howard, LLC

842 W. South Boulder Rd., Suite 100
Louisville, Colorado 80027
Phone: 303-665-9845
Fax: 303-665-9847
Email: thoward@thowardlaw.com
thowardlaw.com

Jessica Moore
14014 Terminal Ave
Cleveland, OH 44135
417-389-8826

## Mondragon v. Nosrak

### Services

| Date | Type | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 11/12/2020 | Service | JJ | Review order granting cost bond; draft email to Jessica Moore re same | 0.20 | $315.00 | $63.00 |
| 11/13/2020 | Service | JJ | Draft notes re litigation strategy; review Nosrak answer to counterclaim | 0.30 | $315.00 | $94.50 |
| 11/17/2020 | Service | JJ | Attend telephonic status conference with court; conf w/ TPH re litigation strategy; draft email to TPH re same; review and revise proposed dates for scheduling order; draft email to Mondragon counsel re same; draft email in response to Nosrak revisions | 1.00 | $315.00 | $315.00 |
| 11/17/2020 | Service | TH | Conference with J.Juo re litigation strategy | 0.20 | $335.00 | $67.00 |
| 11/18/2020 | Service | JJ | Draft email to Sanders re revision to proposed sched order | 0.20 | $315.00 | $63.00 |
| 11/20/2020 | Service | JJ | Review answer and counterclaim from Mondragon; draft email to opposing counsel re need for additional cost bond in view of same | 0.40 | $315.00 | $126.00 |
| 11/24/2020 | Service | JJ | Draft email to T Werge re payment of cost bond; draft notes re Mondragon counterclaim | 0.50 | $315.00 | $157.50 |

| Date | Type | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 11/30/2020 | Service | JJ | Review Mondragon court filings; draft email to J Moore re litigation strategy in view of same | 0.30 | $315.00 | $94.50 |
| | | | **Services Subtotal** | | | **$980.50** |

## Expenses

| Date | Type | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 11/30/2020 | Expense | MB | Westlaw Research for the month of November. | 1.00 | $55.08 | $55.08 |
| | | | **Expenses Subtotal** | | | **$55.08** |
| | | | | | **Subtotal** | **$1,035.58** |
| | | | | | **Total** | **$1,035.58** |

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | **Total Amount Outstanding** |
|---|---|---|---|---|
| ( $6,893.48 | + $1,035.58 | ) - ( $0.00 | + $0.00 | ) = **$7,929.06** |

Please make all amounts payable to: Thomas P. Howard, LLC

Payment is due upon receipt.