IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01437-CMA-NRN

Landon Mondragon,

Plaintiff,

v.

Nosrak LLC and Kasey King,

Defendants,

---

Nosrak LLC and Kasey King,

Third-Party Plaintiff,

v.

Jessica Moore,

Third-Party Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     This case is before the Court on Counterclaim-Defendant Jessica Moore's Renewed Motion for Cost Bond in View of Counterclaim of Copyright Infringement (Dkt. #118). It is hereby ORDERED that Plaintiff Landon Mondragon shall file a response on or before December 18, 2020. No reply will be accepted.

Dated: December 9, 2020