IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01437-CMA-NRN | Date: December 8, 2020 |
| Courtroom Deputy: Emily Buchanan | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| LANDON MONDRAGON, | Craig Sanders |
|    Plaintiff, | |
| v. | |
| NOSRAK LLC, and<br>KASEY KING, | Thomas Werge |
|    Defendants, | |
| v. | |
| JESSICA MOORE, | James Juo |
|    Third-Party Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**3:04 p.m.   Court in session.**

Court calls case. Appearances of counsel.

Mr. Sanders informs the Court that the parties have not served demands on each other but will do so by next week.  Mr. Sanders advises the Court that depositions have not been scheduled at this time.

Mr. Juo advises the Court he will be filing a renewed motion for a cost bond and requests an abbreviated briefing schedule.  Mr. Sanders indicates Plaintiff opposes this motion.

A **Final Pretrial Conference** is set for **April 22, 2021 at 10:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers

Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

Immediately following the Final Pretrial Conference, counsel and *pro se* parties shall confer and one party shall request trial dates by emailing Judge Arguello's Chambers (Arguello_Chambers@cod.uscourts.gov), with a copy to opposing counsel. The email should include the relevant case number and the anticipated length of trial, as well as mutually acceptable proposed trial dates within three to four months of the Final Pretrial Conference.  Failure to comply with this Practice Standard may result in the Court unilaterally setting the trial date.

**3:13 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:09

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.