IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

    Plaintiff,

v.

NOSRAK LLC, and
KASEY KING,

    Defendants,

v.

JESSICA MOORE

    Third-Party Defendant.

---

## ORDER OF DISMISSAL OF CERTAIN CLAIMS AND DEFENDANT KASEY KING
---

This matter is before the Court on the Joint Motion for Dismissal of Defendant Kasey King and All Claims Between Plaintiff and Defendants Nosrak and Mr. King ("Motion"). (Doc. # 123.) Third-Party/Counterclaim Defendant Jessica Moore ("Moore") filed a Response to Joint Motion of Plaintiff and Defendants for Dismissal With Prejudice. (Doc. # 124.)

In her opposition to the Motion, Moore argues that the doctrine of claim preclusion bars Plaintiff and Defendants Nosrak LLC and King from stipulating to the dismissal of all claims between them without also stipulating to the dismissal of all claims against Moore. However, Moore fails to cite to any authority that applies the

doctrine of claim preclusion to bar the dismissal of fewer than all defendants in an action, and this Court knows of no such authority. *See* (*id.* at 3) (citing, *e.g.*, *Meeper, LLC v. Powers*, No. 12-CV-01732-WYD-KMT, 2016 WL 369558, at *1 (D. Colo. Feb. 1, 2016) (concerning preclusion of claims against defendant where previous court order dismissed that defendant with prejudice pursuant to a settlement agreement); *Yapp v. Excel Corp.*, 186 F.3d 1222, 1225 (10th Cir. 1999) (same)). Moore's unsubstantiated objections to the Motion are overruled.

Upon consideration of the Motion and the Response, and upon review of the case file, the Court finds that the terms of the Motion are proper under Fed. R. Civ. P. 41(a)(2). Accordingly, it is ORDERED as follows:

- the Joint Motion for Dismissal of Defendant Kasey King and All Claims Between Plaintiff and Defendants Nosrak and Mr. King (Doc. # 123) is GRANTED;
- all claims between Plaintiff and Defendants Nosrak and King are DISMISSED WITH PREJUDICE;
- Defendant King is DISMISSED from this action;
- Plaintiff and Defendant Nosrak's claims against Moore, and Moore's counterclaims against Plaintiff and Defendant Nosrak, remain;
- the parties shall file amended pleadings, using an agreed-upon amended caption, by January 28, 2021.

DATED:  January 8, 2021

BY THE COURT:

_[signature]_
CHRISTINE M. ARGUELLO
United States District Judge

2