IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON

    Plaintiff,

v.

NOSRAK LLC and KASEY KING

    Defendants.

v.

JESSICA MOORE

    Third-Party Defendant.

## **STIPULATED NOTICE OF DISMISSAL OF DEFENDANT NOSRAK LLC**

Defendant Nosrak LLC and Third-Party Defendant Jessica Moore, by and through their respective undersigned counsel, hereby submit this Stipulated Notice of Dismissal with prejudice of Defendant Nosrak LLC, and jointly state as follows:

1. On January 8, 2021, this Court granted dismissal of Plaintiff's claims against Defendant Nosrak LLC. Thus, the only claims remaining for Defendant Nosrak LLC in this matter are those asserted by and against Third-Party Defendant Jessica Moore.

2. Defendant Nosrak and Third-Party Defendant Jessica Moore have agreed to dismiss all claims and counterclaims that may have been asserted against one another, with prejudice.

3. Each party has agreed to pay their own fees and costs.

4. Following this dismissal, as no claims remain involving Defendant Nosrak LLC, it will no longer be a party to this action.

5. This Notice is made pursuant to Fed. R. Civ. P. 41(a)(1), which authorizes the Court to enter this dismissal as requested.

WHEREFORE, Defendant Nosrak LLC and Third-Party Defendant Jessica Moore respectfully give notice that Defendant Nosrak LLC is dismissed from this matter, with prejudice.

Respectfully submitted this 10th day of February, 2021.

*/s/ James Juo*
James Juo
THOMAS P. HOWARD LLC
842 W. South Boulder Road, Ste. 100
Louisville, CO 80027
Tel: 303-665-9845
Email: jjuo@thowardlaw.com

*Attorneys for Counterclaim-Defendant Jessica Moore*

*/s/ Thomas E.M. Werge*
Thomas E.M. Werge
WERGE LAW LLC
1627 Vine Street, Ste. 200
Denver, CO 80206
Tel: 720-507-5008
Fax: 303-586-4900
Email: tom@werge.law

*Attorneys for Nosrak and Kasey King*

*/s/ Craig Benjamin Sanders*
Craig Benjamin Sanders
BARSHAY SANDERS PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516-203-7600
Fax: 516-282-7878
Email: csanders@barshaysanders.com

*Attorneys for Plaintiff Landon Mondragon*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of February, 2021, I have caused a true and correct copy of the foregoing **STIPULATED NOTICE OF DISMISSAL OF DEFENDANT NOSRAK LLC** to be filed via CM/ECF, which will serve such upon:

Craig Benjamin Sanders, Esq.
Barshay Sanders PLLC
100 Garden City Plaza Suite 500
Garden City, NY 11530
Email: csanders@barshaysanders.com
*Attorney for Plaintiff Landon Mondragon*

James Juo, Esq.
Thomas P. Howard LLC
842 West South Boulder Road Suite 100
Louisville, CO 80027
Email: jjuo@thowardlaw.com
*Attorney for Third Party Defendant Jessica Moore*

                                              */s/ Peggy P. Quines*
                                              Peggy P. Quines, paralegal
                                              WERGE LAW LLC