UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff / Counterclaim-Defendant / Counterclaimant

v.

NOSRAK LLC and KASEY KING,
    Defendants

----------------------------------------------------------

NOSRAK LLC and KASEY KING,
    Third-Party-Plaintiffs,
v.

JESSICA MOORE,
    Third-Party-Defendant / Counterclaimant / Counterclaim-Defendant.

**MOVANT'S APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

TABLE OF CONTENTS

| ITEM | EXHIBIT | APPENDIX PAGE |
|---|---|---|
| 1. | Declaration of James Juo | APP.001–APP.002 |
| 2. | Juo Exhibit A –Requests for Admission served on December 9, 2021 | APP.003–APP.009 |
| 3. | Juo Exhibit B – Copy of emails exchanged between counsel for Mondragon and counsel for Moore dated Jan. 7, 2021 | APP.010–APP.011 |
| 4. | Juo Exhibit C – Copy of emails exchanged between counsel for Mondragon and counsel for Moore dated Jan. 23, 2021 and Jan. 25, 2021 | APP.012–APP.013 |

| ITEM | EXHIBIT | APPENDIX PAGE |
|---|---|---|
| 5. | <u>Juo Exhibit D</u> – Responses to Interrogatories served on Jan. 23, 2021 | APP.014–APP.019 |
| 6. | <u>Juo Exhibit E</u> – Webpage printed from mondragondesign.com/about, on Oct. 11, 2020 | APP.020–APP.021 |
| 7. | <u>Juo Exhibit F</u> – Copy of a filing receipt for the application that matured into Copyright Registration No. VA0002149814 | APP.022–APP.024 |
| 8. | <u>Juo Exhibit G</u> – Copy of Copyright Registration No. VA0002149814 | APP.025–APP.026 |
| 9. | Declaration of Jessica Moore | APP.027–APP.032 |
| 10. | <u>Moore Exhibit A</u> – Copy of text messages between Jessica Moore and Karson Saveall in January 2019 | APP.033 |
| 11. | <u>Moore Exhibit B</u> – Copy of text messages between Jessica Moore and Landon Mondragon in January 2019 | APP.034 |
| 12. | <u>Moore Exhibit C</u> – Copy of the video sent by Jessica Moore to Landon Mondragon by text message in January 2019 (see Moore Exh. B) | APP.035 |
| 13. | <u>Moore Exhibit D</u> – Copy of direct messages sent by Jessica Moore to Kasey King in Feb. 2019 | APP.036 |
| 14. | <u>Moore Exhibit E</u> – Copy of email sent by Landon Mondragon to Jessica Moore in July 2019 | APP.037 |