IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff / Counterclaim-Defendant / Counterclaimant

v.

NOSRAK LLC and KASEY KING,
    Defendants

----------------------------------------------------------

NOSRAK LLC,
    Third-Party-Plaintiff,

v.

JESSICA MOORE,
    Third-Party-Defendant / Counterclaimant / Counterclaim-Defendant.

## DECLARATION OF JAMES JUO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, James Juo, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the U.S. District Court for Colorado, and I represent Counterclaim-Defendant Jessica Moore in the above-identified matter. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to the following matters.

2. Attached as Juo Exhibit A is a copy of the Requests for Admission served by Counter-Defendant Jessica Moore on Counterclaimant Landon Mondragon on December 9, 2020. No timely response was received to the Requests for Admission.

3. Attached as Juo Exhibit B is a chain of emails including a January 7, 2021 email from counsel for Mondragon to counsel for Moore, requesting a one-week extension of time to respond to discovery requests including the Requests for Admission; and a response from counsel for Moore agreeing to the requested extension of time. With the extension of time, Mondragon's responses, which were due on January 8, 2021, were now due on January 15.

4. Mondragon did not serve responses to Moore's discovery requests, including the Requests for Admission, by the January 15, 2021 due date.

5. Attached as Juo Exhibit C is a copy of a chain of emails including a January 23, 2021 email from counsel for Mondragon to counsel for Moore forwarding untimely discovery responses by Mondragon; and a January 25, 2021 email from counsel for Moore to counsel for Mondragon stating that the Requests for Admission were already deemed admitted under Rule 36. To date, no response to the January 25, 2021 email has been received.

6. Attached as Juo Exhibit D is a copy of Mondragon's untimely Responses to Interrogatories served on January 23, 2021.

7. Attached as Juo Exhibit E is a copy of a printed webpage located at www.mondragondesign.com/about, accessed on October 11, 2020, and bearing document production number JM00041. The webpage makes no reference to photography, and instead states, "When not swinging a hammer I spend my time at concerts, playing chess, traveling and maintaining my beard."

8. Attached as Juo Exhibit F is a copy of a document produced by Mondragon bearing document production numbers MONDRAGON0043 through MONDRAGON0045, which appears to be a filing receipt for the application that matured into Copyright Registration No. VA0002149814.

9. Attached as Juo Exhibit G is a copy of Copyright Registration No. VA0002149814.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2021.

           *s/ James Juo*
           James Juo