IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff / Counterclaim-Defendant / Counterclaimant

v.

NOSRAK LLC and KASEY KING,
    Defendants

---------------------------------------------------------

NOSRAK LLC,
    Third-Party-Plaintiff / Counterclaim-Defendant,

v.

JESSICA MOORE,
    Third-Party-Defendant / Counterclaimant / Counterclaim-Defendant.

### MOORE'S FIRST SET OF REQUESTS FOR ADMISSIONS TO MONDRAGON

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Counter-Defendant Jessica Moore hereby serve her First Set of Requests for Admissions on Plaintiff/Counterclaimant Landon Mondragon, to be answered within thirty (30) days of service.

**DEFINITIONS AND INSTRUCTIONS**

1. "You," "Your," "Landon Mondragon" or "Landon Mondragon" means Plaintiff/Counterclaimant Landon Mondragon and his present and former employees, agents, representatives, and counsel and all persons or entities acting or purporting to act under his control or on his behalf.

2. "Jessica Moore" or "Moore" means Counterclaim-Defendant Jessica Moore, and her present and former employees, agents, representatives, and counsel acting on her behalf.

Exhibt A

APP.003

3. "Nosrak" means Defendant / Third-Party-Plaintiff Nosrak LLC, and its present and former employees, agents, representatives, and counsel and all persons or entities acting or purporting to act under its control or on its behalf.

4. "Kasey King" or "King" means Defendant Kasey King, and his present and former employees, agents, representatives, and counsel acting on his behalf.

5. "Defendants" means Nosrak and King, and their present and former employees, agents, representatives, and counsel and all persons or entities acting or purporting to act under their control or on their behalf.

6. "Lawsuit" means this action, Case No. 1:19-cv-01437, in the U.S. District Court for the District of Colorado.

7. "Complaint" or "Original Complaint" means the complaint filed by Mondragon in this Lawsuit on or about May 20, 2019.

8. "Amended Complaint" means the amended complaint filed by Mondragon in this Lawsuit on or about September 20, 2019.

9. "Arizona Photo Shoot" means the photo shoot in Arizona that Mondragon and Moore had participated in January 2019.

10. "Arizona Photographs" means the photographs taken at the Arizona Photo Shoot.

11. "Asserted Photographs" means the photographs whose copyright Mondragon asserts has been infringement in this Lawsuit.

12. "Asserted Copyright Registration" means the copyright registration (VA 2-149-814) identified in the Amended Complaint.

13. "Listed Photographs" refers to the photographs listed in the "Asserted Copyright Registration."

14. "January 2019 Photographs" means the eight photographs, namely 1.20.19-dash2-BisbeeAZ.jpeg, 1.20.19-Jessdash-BisbeeAZ.jpeg, 1.20.19-pump-BisbeeAZ.jpeg, 1.20.19-truck-BisbeeAZ.jpeg, 1.20.2019-jessadpose.jpeg, 1.20.2019-jesscargrill.jpeg, 1.20.2019-jessphonecall.jpeg, 1.21.19-oranges-MesaAZ.jpeg, listed in the Asserted Copyright as being published in January 2019.

15. "Person" or "persons" means and includes any natural person, corporation, partnership, proprietorship, association, joint venture, governmental or other public entity, or any other form of organization or legal entity, and all their officials, officers, employees, representatives and agents.

16. "Document" or "documents" is intended to be as comprehensive as the meaning provided in Rule 34 of the Federal Rules of Civil Procedure, and includes, without limitation, the original and any non-identical copy of any and all written, printed, typed, recorded, graphic, computer-generated or other matter of any kind from which information can be derived, whether stored on paper, cards, tape, film, electronic facsimile, computer storage device, or any other medium in your possession, custody or control. The term "document" or "documents" shall include each copy that is not identical to the original or to any other produced copy, and any preliminary drafts of any document or working paper relating thereto.

17. "Communication" shall mean any conversation or other oral or written contact, formal or informal, at any time or place, under any circumstances whatsoever, whereby information of any nature was transmitted or transferred, whether or not subsequently recorded in any document. "Communication" includes, but is not limited to, meetings, telephone conversations, discussions, memoranda, correspondence, and oral requests for information.

APP.005

18. In order to bring within the scope of these requests any and all matters or documents which might otherwise be construed to be outside of their scope:

    a. The singular of each word shall be construed to include its plural and vice versa;

    b. "And" as well as "or" shall be construed both conjunctively and disjunctively;

    c. "Each" shall be construed to include every and vice versa;

    d. "Any" shall be construed to include "all" and vice versa;

    e. The present tense shall be construed to include the past tense and vice versa.

## REQUESTS FOR ADMISSION

1. Admit that Mondragon hired Moore to teach Mondragon about photography at the Arizona Photo Shoot.

ANSWER:

2. Admit that Mondragon was aware before the Arizona Photo Shoot that the hats used at the Arizona Photo Shoot were provided by Nosrak.

ANSWER:

3. Admit that Mondragon was aware at the time of the Arizona Photo Shoot that the hats used at the Arizona Photo Shoot were provided by Nosrak in exchange for the use of the resulting photographs of the Nosrak hats.

ANSWER:

4. Admit that Mondragon did not place any restriction on the use of any of the Asserted Photographs before February 2020.

ANSWER:

5. Admit that the Asserted Photographs were first published by Nosrak in January 2019.

ANSWER:

APP.007

6. Admit that Mondragon has never been paid money for any photograph taken by Mondragon.

ANSWER:

                        Respectfully submitted,

Date: December 9, 2020

*s/ James Juo*
James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd., Suite #100
Louisville, CO  80027
Phone: (303) 665-9845
Email: jjuo@thowardlaw.com

*ATTORNEYS FOR COUNTER-DEFENDANT
JESSICA MOORE*

6

APP.008

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, the foregoing was served on the following counsel for Mondragon via email.

Craig B. Sanders, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530

*csanders@barshaysanders.com*

                     *s/ James Juo*
                     James Juo