# James Juo

| | |
|---|---|
| **From:** | Thomas P. Howard |
| **Sent:** | Thursday, January 07, 2021 11:15 AM |
| **To:** | Craig Sanders (BS) |
| **Cc:** | Thomas Werge; James Juo |
| **Subject:** | RE: Discovery re Mondragon v Nosrak v Moore |

That's fine.

**Thomas P. Howard, Esq.**
**THOMAS P. HOWARD, LLC**
842 W. South Boulder Rd., Suite #100
Louisville, CO  80027
Phone: (303) 665-9845
Fax: (303) 665-9847
Email: thoward@thowardlaw.com
Web Site: http://www.thowardlaw.com

**CONFIDENTIALITY NOTICE**: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed.  It contains information that may be privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited.  If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper).  Thank you.

**From:** Craig Sanders (BS) <csanders@barshaysanders.com>
**Sent:** Thursday, January 7, 2021 11:13 AM
**To:** James Juo <jjuo@thowardlaw.com>
**Cc:** Thomas P. Howard <thoward@thowardlaw.com>; Thomas Werge <tom@werge.law>
**Subject:** RE: Discovery re Mondragon v Nosrak v Moore

James/Tom, Happy New and Health Year to each of you.  Because of a number of other pressing matters and some staffing issues, I would like to request a one-week extension on the service of responses to your discovery demands.  Please let me know if you will consent.  Thank you,

Craig B. Sanders
**BARSHAY | SANDERS,** PLLC
100 Garden City Plaza | Fifth Floor | Garden City, NY 11530
Phone: 516.203.7600 | Fax 516.282-7878
email: csanders@barshaysanders.com

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE  INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.  THANK YOU.

**From:** James Juo <jjuo@thowardlaw.com>
**Sent:** Wednesday, December 09, 2020 7:45 PM
**To:** Craig Sanders (BS) <csanders@barshaysanders.com>
**Cc:** Thomas P. Howard <thoward@thowardlaw.com>; Thomas Werge <tom@werge.law>
**Subject:** Discovery re Mondragon v Nosrak v Moore

Craig,

Exhibt B

Attached are Moore's discovery requests (Interrogatories and RFPs, and RFAs) served on Mondragon.

James Juo
THOMAS P. HOWARD, LLC, 842 W. South Boulder Rd., Suite 100, Louisville, CO 80027
Phone: (303) 665-9845    Email: *jjuo@thowardlaw.com*