**James Juo**

| | |
|---|---|
| **From:** | James Juo |
| **Sent:** | Monday, January 25, 2021 6:37 PM |
| **To:** | Craig Sanders (BS) |
| **Cc:** | Thomas Werge; Thomas P. Howard |
| **Subject:** | RE: Mondragon v. Nosrak |

Craig,

Mondragon's responses to Interrogatory Nos. 3 through 5 cited Rule 33(d), but failed to specify the records as required by that rule. In addition, Mondragon's response to Interrogatory No. 5 is inconsistent with his responses to Interrogatory No. 4 which asserted that Mondragon is a professional photographer who conducts photo shoots for third-party commercial entities for which he was compensated. Furthermore, the response to Interrogatory No. 6 fails to provide any calculation or identify any supporting document.

Mondragon's response to RFP No. 2 appears to be incorrect. Mondragon identified specific image files in the copyright application, yet asserts the image files are not in his possession. Please explain.

Mondragon's responses to Requests for Production Nos. 4 and 5 are inconsistent with his response to Interrogatory No. 4.

With respect to Mondragon's response to RFP No. 6, we are unable to identify any responsive documents in production. Please confirm there are no responsive documents.

With respect to Mondragon's response to RFP No. 8, we are unable to identify any responsive documents in production. Please confirm there are no responsive documents.

We also note that the responses to Moore's discovery requests were served eight days after they were due. Moore's requests for admissions have been admitted under Rule 36.

James Juo

 THOMAS P. HOWARD, LLC, 842 W. South Boulder Rd., Suite 100, Louisville, CO 80027
Phone: (303) 665-9845    Email: *jjuo@thowardlaw.com*

---

**From:** Craig Sanders (BS) <csanders@barshaysanders.com>
**Sent:** Saturday, January 23, 2021 6:35 AM
**To:** James Juo <jjuo@thowardlaw.com>
**Cc:** Thomas Werge <tom@werge.law>; Thomas P. Howard <thoward@thowardlaw.com>
**Subject:** Mondragon v. Nosrak

Gentlemen: please see the attached discovery responses.
https://www.dropbox.com/t/cfgZ5bUZydGBvzRn

Craig B. Sanders
**BARSHAY | SANDERS,** PLLC
100 Garden City Plaza | Fifth Floor | Garden City, NY 11530
Phone: 516.203.7600 | Fax 516.282-7878

Exhibt
C

email: csanders@barshaysanders.com

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.