


your head and building it into reality. We work with local craftspeople to bring together a modern, elegant and sometimes unexpected flavor to our projects. We believe in unique, handcrafted elements to make every space we touch a comfortable experience.

## MEET LANDON



Barely out of diapers, I was drawn to my dad's tools. At first it was mostly destruction. But soon enough things actually got built. I have always built, starting early with Legos. Taking every art class in school helped to cultivate my love for design. I am fortunate enough to bring together these two passions for some pretty incredible results.

I'm passionate about making functional and beautiful spaces - taking something good and making it great. I can't think of anything better than finding my creativity through designing and working with my hands. I believe in this endeavor so much, that I personally invest in many projects and built my own house at 30.

When not swinging a hammer I spend my time at concerts, playing chess, traveling and maintaining my beard.

## COMPANY VALUES

Our company is focused on the idea of designing, building and transforming the world around us for better living. We are people and we never forget that PEOPLE are the ones that occupy the spaces we touch. The philosophy drives how we look at a new

Exhibt E

JM00041



## SERVICES

Our projects vary from whole-house renovations, to a kitchen remodel or the amazing bathrooms at a local eatery and even fresh new builds. Get in touch and we can discuss the ideas bouncing around in your head.



Bonded, Licensed, & Insured

Copyright © 2020 Mondragon Design + Build