**Registration #:** *-APPLICATION-*
**Service Request #:** 1-7618753188

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

**Priority:** Routine        **Application Date:** April 19, 2019

## Correspondent

**Name:** Richard Liebowitz
**Email:** copyrightregistration@liebowitzlawfirm.com
**Telephone:** (516)233-1660
**Address:** 11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Exhibt F

APP.022

MONDRAGON0043

Registration Number
# *-APPLICATION-*

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 20, 2019 to March 25, 2019

### Title

**Title of Group:** Landon Mondragon
**Number of Photographs in Group:** 10

- **Individual Photographs:** 1.20.19-dash2-BisbeeAZ.jpeg, 1.20.19-Jessdash-BisbeeAZ.jpeg, 1.20.19-pump-BisbeeAZ.jpeg, 1.20.19-truck-BisbeeAZ.jpeg, 1.20.2019-jessadpose.jpeg, 1.20.2019-jesscargrill.jpeg, 1.20.2019-jessphonecall.jpeg, 1.21.19-oranges-MesaAZ.jpeg,
  **Published:** January 2019

- **Individual Photographs:** 3.25.2019-hannahpeacock.jpeg, 3.25.2019-hannahtrees.jpeg,
  **Published:** March 2019

### Completion/Publication

**Year of Completion:** 2019
**Earliest Publication Date in Group:** January 20, 2019
**Latest Publication Date in Group:** March 25, 2019
**Nation of First Publication:** United States

### Author

- **Author:** Landon Mondragon
  **Author Created:** photographs
  **Work made for hire:** No
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Landon Mondragon
1113 West Culver St., Phoenix, AZ, 85007, United States

Page 1 of 2

APP.023

MONDRAGON0044

## Certification

**Name:** Richard Liebowitz
**Date**: April 19, 2019

---

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.