# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-149-814**

**Effective Date of Registration:**
April 19, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 20, 2019 to March 25, 2019

## Title

     Title of Group: Landon Mondragon
Number of Photographs in Group: 10

- Individual Photographs: 1.20.19-dash2-BisbeeAZ.jpeg, 1.20.19-Jessdash-BisbeeAZ.jpeg, 1.20.19-pump-BisbeeAZ.jpeg, 1.20.19-truck-BisbeeAZ.jpeg, 1.20.2019-jessadpose.jpeg, 1.20.2019-jesscargrill.jpeg, 1.20.2019-jessphonecall.jpeg, 1.21.19-oranges-MesaAZ.jpeg,
  Published: January 2019

- Individual Photographs: 3.25.2019-hannahpeacock.jpeg, 3.25.2019-hannahtrees.jpeg,
  Published: March 2019

## Completion/Publication

     Year of Completion: 2019
Earliest Publication Date in Group: January 20, 2019
Latest Publication Date in Group: March 25, 2019
Nation of First Publication: United States

## Author

- Author: Landon Mondragon
  Author Created: photographs
  Work made for hire: No
  Domiciled in: United States

## Copyright Claimant

     Copyright Claimant: Landon Mondragon
1113 West Culver St., Phoenix, AZ, 85007, United States

Exhibt G

Page 1 of 2

APP.025

## Certification

**Name:** Richard Liebowitz
**Date:** April 19, 2019

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.