IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff / Counterclaim-Defendant / Counterclaimant

v.

NOSRAK LLC and KASEY KING,
    Defendants

-----------------------------------------------------------

NOSRAK LLC,
    Third-Party-Plaintiff,
v.

JESSICA MOORE,
    Third-Party-Defendant / Counterclaimant / Counterclaim-Defendant.

**DECLARATION OF JESSICA MOORE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1. My name is Jessica Moore. I am over eighteen years of age and am competent to testify to the facts stated herein.

2. I am a named party in this lawsuit.

3. I am a professional photographer. In addition to providing photography services, I also offer mentoring sessions to people interested in photography. I provided mentoring services to Landon Mondragon, the plaintiff in this lawsuit.

1

APP.027

Doc ID: dcf3cce010e7ec20aae88ae02a466c8eecbd7d16

4. Reproduced below are the photographs being asserted in this lawsuit:

    

5. I am the person who appears in the asserted photographs reproduced above, which were taken during a photo shoot conducted in Arizona ("Arizona Photo Shoot") on the weekend of January 19, 2019. The purpose of the photo shoot was to give Mr. Mondragon photography experience.

6. I selected the wardrobe for the Arizona Photo Shoot in consultation with Mr. Mondragon.

7. The hats appearing in the asserted photographs are hats that Nosrak, one of my photography clients, had supplied at no monetary charge for the Arizona Photo Shoot in exchange for being able to use the resulting photographs featuring its hats.

8. On January 16, 2019, I sent a text message informing Karson Saveall at Nosrak that I would be traveling to Arizona for a photo shoot, and asking whether Nosrak would be interested in having photographs taken of its hats in a desert environment. In response, I was informed that Nosrak hats were available for me to take to Arizona for the photo shoot in exchange for Nosrak being able to use the resulting photographs featuring its hats. A copy of this text message conversation is attached as Moore Exhibit A.

9. I received a video from Karson Saveall showing the Nosrak hats that could be used at the Arizona Photo Shoot, and I sent a copy of that video to Mr. Mondragon by text message.

2

10. A screenshot of the text message from me sending the video to Mr. Mondragon showing the hats that Nosrak was making available for me to take for the photo shoot in Arizona—along with Mr. Mondragon's January 17, 2019 response, "Love those hats"—is attached as Moore Exhibit B. And a copy of this screenshot is reproduced below:



11. A copy of the video that I sent to Mr. Mondragon in the text message is attached as Moore Exhibit C. A screenshot from the video also is reproduced below:



3

12. Based on Mr. Mondragon's response to the video, Nosrak provided the hats to me at no charge, and I transported the Nosrak hats to Arizona for the photo shoot.

13. At no time did Mr. Mondragon voice any objection to using the Nosrak hats for the Arizona photo shoot.

14. Before the Arizona Photo Shoot, I had informed Mr. Mondragon that trade work, where a business supplies wardrobe or other products for a photo shoot in exchange for being able to use the resulting photographs featuring those products later, is a common industry practice for professional photographers.

15. All of the asserted photographs feature a hat that Nosrak had provided because those were the photographs that I gave to Nosrak.

16. Nosrak posted the asserted photographs on its social media account with Instagram in late January 2019. I also posted one or more of the asserted photographs on my social media account with Instagram in late January 2019.

17. In February 2019, I learned that Mondragon was claiming that Nosrak had no right to use the asserted photographs, to which I informed Kasey King at Nosrak via direct messages on the Instagram social media platform that Nosrak had the right to use the asserted photographs that featured its hats. A copy of these direct messages (bearing document production number JM00020) is attached as Moore Exhibit D. Mondragon also had personal animosity against me by this time because I would not have a romantic relationship with him.

18. In July 2019, Mondragon sent an email accusing me of copyright infringement with respect to photographs from the Arizona photo shoot that I had posted on social media, and demanding that I either credit him as the photographer or remove the photographs from my social media account. A copy of this email from Mondragon is attached as Moore Exhibit E.

4

APP.030

Doc ID: dcf3cce010e7ec20aae88ae02a466c8eecbd7d16

19.     At this point, I wanted to have nothing more to do with Mondragon, so I removed the photographs from my social media account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 15 / 2021 .        _____
                                     Jessica Moore

5

APP.031

Doc ID: dcf3cce010e7ec20aae88ae02a466c8eecbd7d16



# Audit Trail

| | |
|---|---|
| **TITLE** | 2021-02-12 Moore Decl MSJ.pdf |
| **FILE NAME** | 2021-02-12%20Moore%20Decl%20MSJ.pdf |
| **DOCUMENT ID** | dcf3cce010e7ec20aae88ae02a466c8eecbd7d16 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**
**02 / 12 / 2021**
23:18:22 UTC

Sent for signature to Jessica Moore (moorejessica339@yahoo.com) from jjuo@thowardlaw.com
IP: 96.69.167.85

**VIEWED**
**02 / 15 / 2021**
15:35:45 UTC

Viewed by Jessica Moore (moorejessica339@yahoo.com)
IP: 184.56.143.62

**SIGNED**
**02 / 15 / 2021**
15:36:04 UTC

Signed by Jessica Moore (moorejessica339@yahoo.com)
IP: 184.56.143.62

**COMPLETED**
**02 / 15 / 2021**
15:36:04 UTC

The document has been completed.

Powered by HELLOSIGN

APP.032