

8:25

Karson

iMessage
Wed, Jan 16, 8:37 AM

Hey babe! So I'm heading to az this weekend and gonna be taking a bunch of photos! Do y'all have any hats you want photos of in the desert??

I can come to foco to pick them up too! It's no big deal ♥

Let me see what I've got at the house but I have some you can take for sure. I'll send over some pics

Are there any that you would like to take?

Thanks for asking! That would be great

What part of Arizona ?

I'll take whatever y'all want photographed! I'm flying into Phoenix then driving down to



https://mail.google.com/mail/u/0/#inbox?projector=1    1/1