


MONDRAGON0016

APP.034 **MOORE EXHIBIT B**