

VIDEO
CONVENTIONALLY
SUBMITTED
TO THE COURT

APP.035 **MOORE EXHIBIT C**