| messages__timestamp_ms | messages__sender_name | messages__content | participants__name | messages__type | messages__is_unsent |
|---|---|---|---|---|---|
| 2019-02-18 17:22:31.3 UTC | Jess | Hey kasey! I don't have your number so I'm just messaging you on here. So sorry about all the bullshit. He's literally only doing this shit because he hates me and is trying to ruin our business relationship because he knows I'm out of the country and can't do shit. I'm sure you know but he's the biggest asshole. Hints why he lost his show 😂 I'll have WiFi at our new Airbnb and I'll be able to call you tomorrow to discuss this further! But for now this is what my lawyer has said he's going to handle everything. One cut off all contact with him. There is no reason you should talk on the phone to him. Only email. Block him on everything else. Email is the best form of communication because it can be tracked. Second this is a issue between me and him. As I'm the photographer and he has nothing to do with this situation besides just trying to fuck everything up for me. So I know he's trying to come after you, but I have him for a bunch of stuff like slander, harassment, sexual assault | Generic | Generic | FALSE |
| 2019-02-18 17:22:56.0 UTC | Jess | And a bunch of other things so not to worry this will be over in a few days as soon as my lawyer gets back to me | Generic | Generic | FALSE |
| 2019-02-18 17:24:46.0 UTC | Jess | As far as the photos go. THEY ARE MY PHOTOS. USE THE FUCK OUT OF THEM! \n\nI have the copyright. I'll send that over as soon as I get to Lisbon as well as a agreement and copyright for you to legally use the photos. | Generic | Generic | FALSE |
| 2019-02-18 17:32:38.6 UTC | Jess | So again! Sorry about the added stress! You know I would never ever do that to y'all intentionally. Also have only had one person try to do this to me before and I won. So NOTHING to worry about seriously. I got your back. Again they are my photos. No matter what he says. Encrypted in each photo I take it has my name attached. So alll of the meta data in each photo its says jessica moore photographer 😂 so even if he says he has the photos… because during his mentor I let him download a few photos for editing purposes… but he shot it on my Fucking camera… he has no prove what so ever. That's what I was trying to tell Karson. He's just trying to start shit because I have him blocked on everything and he wants me to talk to him. Little does me know…. I'm way crazier than him and I'll Fucking ruin him. My dad is already paying for the lawyer. \n\nOnce he hears it's a sexual assault case and I'm not the only one who will come forward. Everything will drop immediately! | Generic | Generic | FALSE |
| 2019-02-18 17:33:47.1 UTC | Jess | So end of rant! Send me everything he's sent you to my email Moorejessica339@yahoo.com \n\nHope you guys have the best day! Sorry for the bullshit! Talk to you tomorrow 🖤 | Jess | Generic | FALSE |
| 2019-03-02 15:38:06.1 UTC | Jess | | Kasey King | Share | FALSE |