## Pics

From: Landon Mondragon (landon@mondragondesign.com)

To: moorejessica339@yahoo.com

Date: Wednesday, July 17, 2019, 12:05 PM MDT

Hey Jess, ok so my Lawyers just mentioned you've been posting pictures that I had copyrighted and that you're choosing to not tag me as the photographer. I was hoping you understood all of this and that even if you change coloring, crop, filter, etc. that those images still belong to me, no matter the camera used or card. I'm writing this to give you the option of either crediting me (can still be done even if you have me blocked, just type it out and it will work) or you will need to take them down. I'm not sure why you have chosen to continue with this, I love those images from that day, but I'm not playing games with you, and my lawyers are just on standby waiting for my response on what I would like to do. I have never been so disrespected by someone that I thought cared for me like you once said. There is a simple fix to this, you have the option, don't make me be that guy, it fucking sucks. Your hat friends made me be that guy after I gave them the same option, to credit or remove, and they kept posting away and blocked me, for what? They broke the law, you're doing the same because you don't have my permission to post these without crediting me. I trust you'll do what I've asked or I will have them pursue this and you can deal with them. The simplicity behind fixing this is comical, yet for whatever reason y'all can't afford me the smallest of things. I told them "it's not like I need to prove it was me taking those pictures, I know it was me without any doubt, what you have to prove is that it wasn't me taking those pictures".. I will give you 24hours from now, 11am PST tomorrow July 18th to comply with my requests.

Landon Mondragon