UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff / Counterclaim-Defendant / Counterclaimant

v.

NOSRAK LLC and KASEY KING,
    Defendants

---------------------------------------------------------

NOSRAK LLC and KASEY KING,
    Third-Party-Plaintiffs,
v.

JESSICA MOORE,
    Third-Party-Defendant / Counterclaimant / Counterclaim-Defendant.

### NOTICE OF CONVENTIONALLY SUBMITTED MOORE EXHIBIT C [ECF 134-13] IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF 134]

Counterclaim-Defendant Jessica Moore will conventionally submit the video identified as Moore Exhibit C on the cover page filed as ECF 134-14. The present notice will be conventionally submitted to the Clerk's office with the video.

Dated: February 16, 2021.

                                              *s/ James Juo*
                                              James Juo
                                              THOMAS P. HOWARD, LLC
                                              842 W South Boulder Rd., #100
                                              Louisville, CO 80027
                                              jjuo@thowardlaw.com
                                              303-665-9845

                                              Counsel for Counterclaim-Defendant
                                              Jessica Moore