

VIDEO
CONVENTIONALLY
SUBMITTED
TO THE COURT

APP.035                    **MOORE EXHIBIT C**