UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Docket No: 1:19-cv-01437-CMA-NRN

Landon Mondragon,

          Plaintiff,
v.

Nosrak LLC and Kasey King

          Defendant
_____

Nosrak LLC

          Third-Party Plaintiff.
v.

Jessica Moore,

          Third-Party Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Landon Mondragon, by and through counsel, files this notice to provide Notice to the Court that the present cause as and between Plaintiff and Third-Party Defendant Jessica Moore has been settled between the parties and an agreed upon settlement agreement is in the process of being executed. Upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: March 9, 2021

          **BARSHAY SANDERS, PLLC**

          By: */s Craig B. Sanders*
          Craig B. Sanders, Esq.
          BARSHAY SANDERS, PLLC
          100 Garden City Plaza, Suite 500
          Garden City, New York 11530
          Tel: (516) 203-7600
          Fax: (516) 282-7878
          *Attorneys for Plaintiff*

Barshay Sanders PLLC