**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 19-cv-01437-CMA-NRN

LANDON MONDRAGON,

    Plaintiff,

v.

NOSTRAK LLC,

    Defendant.

_____

**ORDER OF DISMISSAL**

    THIS MATTER is before the Court on the parties' Joint Motion to Dismiss (Doc. # 139). The Court having reviewed the file and being fully advised in the premises, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE against Mondragon's counterclaims and WITHOUT PREJUDICE against Moore's counterclaims.

    DATED: April 13, 2021

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge