IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff / Counterclaim-Defendant / Counterclaimant

v.

NOSRAK LLC and KASEY KING,
    Defendants

----------------------------------------------------------

NOSRAK LLC,
    Third-Party-Plaintiff,
v.

JESSICA MOORE,
    Third-Party-Defendant / Counterclaimant / Counterclaim-Defendant.

## DECLARATION OF THOMAS WERGE

I, Thomas Werge, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the U.S. District Court for the District of Colorado, and I represented Defendants Nosrak LLC and Kasey King in the above-identified matter as *pro bono* counsel. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to the following matters.

2. Mondragon received no payment from either Nosrak or Mr. King in exchange for their dismissal with prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2021.

*/s/ Thomas E.M. Werge*
Thomas E.M. Werge