IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON
    Plaintiff / Counterclaim-Defendant / Counterclaimant

v.

NOSRAK LLC and KASEY KING,
    Defendants

----------------------------------------------------------

NOSRAK LLC,
    Third-Party-Plaintiff,
v.

JESSICA MOORE,
    Third-Party-Defendant / Counterclaimant / Counterclaim-Defendant.

### NOTICE OF SUPPLEMENTAL AUTHORITY

*Jamieson v. Hoven Vision LLC*, No. 1:20-cv-01122-WJM-KLM, 2021 WL 1734908 (D. Colo. May 3, 2021) (follow-up decision sanctioning Richard Liebowitz in the amount of $20,536.50 under the court's inherent authority in the *Jamieson* case cited in the Response to Motion [ECF 144] at 8)

Dated: May 10, 2021.

    *s/ James Juo*
    _____
    James Juo
    THOMAS P. HOWARD, LLC
    842 W South Boulder Rd., #100
    Louisville, CO 80027
    jjuo@thowardlaw.com
    303-665-9845

    Counsel for Jessica Moore

1