UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 1:19-cv-1437-CMA-NRN

LANDON MONDRAGON,

    Plaintiff / Third-Party-Counter-Defendant

- against -

NOSRAK LLC, KASEY KING

    Defendants.

_____

NOSRAK LLC, KASEY KING

    Third-Party-Plaintiffs / Counter-Defendants.

- against -

JESSICA MOORE

    Third-Party-Defendant / Counterclaimant.

**ORDER**

This matter is before the Court on Plaintiff Mondragon's Motion for an Order Directing the Clerk of the Court to Refund the Security Bond (Doc. # 141). Have reviewed the Motion and the case file, it is

ORDERED that the Motion (Doc. # 141) is GRANTED.

The Cashier's Office of the Clerk of Court is directed to return the $3,500.00 bond, plus interest, to Plaintiff. The Cashier's Office shall make the check payable to

"Barshay Sanders PLLC, as Counsel for Landon Mondragon" and mailed to the following address:

> Craig Benjamin Sanders
> BARSHAY SANDERS PLLC
> 100 Garden City Plaza Suite 500
> Garden City, NY 11530

DATED:  June 11, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge